**WISCONSIN EDUCATION ASSOCIATION COUNCIL**

an NEA affiliate

March 23, 2020

**VIA E-MAIL: olsonj@verona.k12.wi.us**
Verona Area School District
ATTN: Human Resources Director Jason Olson
700 North Main Street
Verona, WI 53593

Re: Salary Disparity

Dear Mr. Olson:

I write on behalf of Maria Andreano-Beirne regarding her salary.



Ron Martin, President
Bob Baxter, Executive Director

33 Nob Hill Road    PO Box 8003    Madison, WI 53708-8003    608.276.7711    800.362.8034    weac.org



Ms. Andreano-Beirne hereby demands ▮▮▮ She also demands ▮▮▮

Please contact me with any questions.

Sincerely,

Elizabeth A. Fernandez
Legal Counsel