

**Axley**
Attorneys Since 1885

AXLEY BRYNELSON, LLP

• • • • • •

LORI M. LUBINSKY
llubinsky@axley.com
608.283.6752

April 27, 2020

VIA E-MAIL - fernandeze@weac.org
Wisconsin Education Association Council
Attn: Elizabeth Fernandez
33 Nob Hill Road
P.O. Box 8033
Madison, WI 53708-8033

RE:   Salary Disparity Claims

Dear Atty. Fernandez:

We represent the Verona Area School District ("School District") in response to your letters dated February 21 and March 23, 2020, on behalf of School District employees Marlene Koch, Sarah Greenlaw, Stacy Tremaine, Maria-do Carmo Carvalho, Krista Kasten, Jennifer Tordeur, Kathleen Gee-Bennett, Christine Burton and Maria Andreano-Beirne.



EXHIBIT 2



AXLEY BRYNELSON, LLP

• • • • • •

Wisconsin Education Association Council
April 27, 2020
Page 2

[REDACTED]

these reasons, the School District denies your clients' demands [REDACTED] For [REDACTED]

Please let us know if you have any questions.

Sincerely,

AXLEY BRYNELSON, LLP

*Electronically signed by Lori M. Lubinsky*

Lori M. Lubinsky

LML:kjb

F:\EAFDATA\759\84221\03356181.DOCX