Counterproposal to VASD – October 1, 2021



Statement re: adjusting salaries of existing employees to match/exceed that of same-department new hires:

- VASD increased the salaries of Tech Ed teachers Rick Boehm and Phillip Smith after they requested increases based on the salary of then new hire Ben Zimmerman.
- There are several other employees throughout the district who received upward salary adjustments without a competing offer of employment in hand.

## Counterproposal

My clients propose the following for settlement:







