Page 1

1          UNITED STATES DISTRICT COURT

2          WESTERN DISTRICT OF WISCONSIN

3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

    U.S. EQUAL EMPLOYMENT OPPORTUNITY

4   COMMISSION,

5                    Plaintiff,

6        vs.                     Case No. 22-cv-00039

7   VERONA AREA SCHOOL DISTRICT,

8                    Defendant.

9   - - - - - - - - - - - - - - - - - - - - - - - - - - - -

10

            VIRTUAL DEPOSITION OF:  STACY TREMAINE

11

            TAKEN AT:  The Witness's Residence

12

            LOCATED AT:  ███████████████████

13

                 December 16, 2022

14

                 10:00 a.m to 11:31 a.m.

15

            REPORTED BY:  VICKY L. ST. GEORGE, RMR.

16

    - - - - - - - - - - - - - - - - - - - - - - - - - - - -

17

18

19

20

21

22

23

24

25     Job No. CS5626961

Page 2

1        A P P E A R A N C E S
2  U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, by
   ANN HENRY
3  ELIZABETH BANASZAK
   230 South Dearborn, Suite 2920
4  Chicago, Illinois 60604
   (312) 872-9744
5  ann.henry@eeoc.gov
   elizabeth.banaszak@eeoc.gov
6  Appeared remotely on behalf of the Plaintiff.
7  AXLEY BRYNELSON, LLP, by
   LORI M. LUBINSKY
8  RICH BOLTON
   2 East Mifflin Street, Suite 200
9  Madison, Wisconsin 53703
   800-368-5661
10 llubinsky@axley.com
   Appeared remotely on behalf of the Defendant.
11
12
13          I N D E X
14 WITNESS                           PAGE
15 STACY TREMAINE
16 EXAMINATION BY MS. LUBINSKY          3
17
18
19         E X H I B I T S
20 NUMBER    DESCRIPTION              PAGE
21  Exhibit 1   Letter Dated 3-23-2020      24
22
23       R E Q U E S T S - NONE
24 (Original exhibit attached to original transcript.)
25 (Original transcript was delivered to Attorney Lubinsky.)

Page 3

1           TRANSCRIPT OF PROCEEDINGS
2           STACY TREMAINE called as a witness herein,
3     after having been first duly sworn on oath, was
4     examined and testified as follows:
5                 EXAMINATION
6  BY MS. LUBINSKY:
7     Q.  Please state your full name.
8     A.  Stacy Lynn Tremaine.
9     Q.  Spell your last name, please.
10    A.  T R E M A I N E.
11    Q.  And Stacy, it looks like you might be home today.
12      Can you just tell us generally physically where you
13      are?
14    A.  I am at my apartment in ██████
15    Q.  Oh, you're in ███████?
16    A.  Yeah.
17    Q.  Well, there you go.  Just curious, what time of the
18      day is it there?
19    A.  It's 5:00 p.m.
20    Q.  Well, there you go.  Fun.  Okay.  Sounds good.  Is
21      there anyone present with you in the immediate area
22      at your apartment?
23    A.  No.
24    Q.  Do you have any documents in front of you?
25    A.  No.

Page 4

1     Q.  What did you do to prepare for today's deposition, if
2       anything?
3     A.  Yesterday I met with Ann and Liz.  I also looked over
4       the letter of demand, the ERD that was sent to the
5       State of Wisconsin and then the EEOC complaint.
6     Q.  When you say letter of demand, are you referring to a
7       demand sent to the school district from counsel for
8       WEAC, Liz Fernandez, or are you talking about like
9       the actual ERD complaint that was filed with the
10      Equal Rights Division in Wisconsin?
11          MS. HENRY:  Object to the form.  Go ahead.
12          THE WITNESS:  The letter, the demand that
13      was sent by Liz Fernandez.
14    BY MS. LUBINSKY:
15    Q.  Okay.  That's what I thought.  All right.
16          Did you do anything else other than meet
17      with Ann and Liz and look over those documents that
18      you've just outlined to prepare for today?
19    A.  No.
20    Q.  Do you have an attorney/client relationship with the
21      EEOC attorneys working in this case?
22          MS. HENRY:  Object to foundation and it
23      calls for a legal conclusion.
24          MS. LUBINSKY:  Okay.  Well, I'm going to
25      ask.

Page 5

1  BY MS. LUBINSKY:
2     Q.  I want you to relate to me, Ms. Tremaine, the
3       entirety of your conversation with Ann and Liz that
4       you've had to prepare for today.
5          MS. HENRY:  I'm sorry, can you repeat
6       that?
7          MS. LUBINSKY:  You bet.  I am asking her
8       to relay to me the entirety of the conversations she
9       had with Ann and Liz to prepare for the deposition.
10         MS. HENRY:  And I'm objecting and
11      instructing you not to answer based on an
12      attorney/claimant privilege.
13    BY MS. LUBINSKY:
14    Q.  And I understand that instruction.  I just want to
15      explore that a little bit.
16         Stacy, do you consider yourself to have an
17      attorney/client relationship with the attorneys at
18      the EEOC that are working on this case?
19         MS. HENRY:  Objection to the extent it
20      calls for a legal conclusion.  You can answer.
21         THE WITNESS:  I guess what do you mean by
22      like relationship?
23    BY MS. LUBINSKY:
24    Q.  Have you engaged the EEOC attorneys either in writing
25      or verbally to act as your representative in this

2 (Pages 2 - 5)

Page 6

1  lawsuit?
2  A. Yes.
3  Q. All right. Then I will ask no further questions on
4    that topic of your conversation.
5       I want to get a little bit of background on
6    you. Can you just in your own words give me a post
7    high school outline for me your educational
8    experience?
9  A. Sure. So I started my college career at the
10   University of Wisconsin-Green Bay. I went there for
11   two years. I then transferred to UW-Whitewater. I
12   graduated from UW-Whitewater in 2003 with a degree in
13   learning disabilities pre K through 9.
14 Q. Can I interrupt you real quick? Was that a bachelors
15   degree?
16 A. Sorry, yes.
17 Q. Keep going.
18 A. I then went back to UW-Whitewater in 2006 I think and
19   I got my autism certificate. In 2011 I got my
20   masters degree in human services with an emphasis on
21   social and community relations. And then in 2019 I
22   received my national board certification in the area
23   of exceptional needs. It's -- I think it's
24   preadolescent to adolescent or 21.
25 Q. Where did you get your masters degree from?

Page 7

1  A. The university of -- it's Capella University.
2  Q. Is that with a C?
3  A. Yes.
4  Q. And what did you have to do to obtain the national
5    board certification?
6  A. I had to -- there is four components to receiving
7    your national boards, so I had to do -- I mean
8    complete all four components which included, you
9    know, video recording and especially just looking at
10   my education, how I am as a teacher and take a look
11   at it and then submit it.
12 Q. Got it. Do you have to actually attend any sort of
13   schooling or class work to do that, or is it more
14   compiling kind of your breadth and wealth of
15   knowledge and experience in a format for them?
16 A. It's --
17      MS. HENRY: Object to form. Go ahead.
18      THE WITNESS: Sorry. It's about compiling
19   and analyzing your education.
20 BY MS. LUBINSKY:
21 Q. Okay. I understand. Have we now completed our
22   discussion of your education after high school?
23 A. Yes.
24 Q. Where are you currently employed?
25 A. I am currently employed for the Department of Defense

Page 8

1    in Kaiserslautern, Germany on a military base at
2    Vogelweh Elementary School.
3  Q. Are you teaching elementary children at like as a
4    teacher there in Germany?
5  A. Yes. I am a -- my actual job title is teacher of the
6    emotionally disturbed.
7  Q. How long have you worked there in Germany in that
8    position?
9  A. This will be my second year.
10 Q. Where did you -- Strike that.
11      As you sit here today, do you plan, and I
12   know this is always a hard question, but do you plan
13   to remain in that position in Germany indefinitely,
14   or do you have plans to like come back?
15 A. I have until the beginning of March to make that
16   decision.
17 Q. Okay.
18 A. Currently my thought is that I will be returning to
19   Verona, yes.
20 Q. Okay. Are you on a leave of absence at Verona Area
21   School District?
22 A. Yes, I was granted two years leave of absence.
23 Q. Okay. Did you then -- the last school year that you
24   worked in the Verona Area School District was what
25   school year?

Page 9

1  A. Um --
2  Q. Would it be '20-'21?
3  A. Yes, sorry. Yes.
4  Q. And for Vicky's benefit, when we talk about '20-'21,
5    we're talking about '2-0-'21, right?
6  A. Yes.
7  Q. We talk about school years in your world and my world
8    as the fall would be, for example, in our, what we
9    just discussed, 2020, and then the spring would be
10   2021, right?
11 A. Yes.
12 Q. So in today's deposition I may talk about the '18-'19
13   school year or the '19-'20 school year, and you
14   understand what I'm referring to, right?
15 A. Yes.
16 Q. Very good. Just getting some understanding that
17   we're communicating clearly. Okay.
18      And as I understand it, you worked as a
19   teacher for the Verona Area School District from your
20   graduation from UW-Whitewater in 2003 all the way up
21   to the '19-'20 school year; is that correct?
22 A. Yes.
23 Q. And I am horrible at math, so I'm going to see if
24   you're better than I am.
25      How many school years, like how many years

Page 10

1 of teaching did you have before you went over to
2 Germany?
3 A. 17.
4 Q. Got it. From time to time I may pause and it's just
5 because I'm taking notes, so just be a little patient
6 with me.
7 I want to talk a little bit about your
8 experience at Verona Area School District over those
9 17 years, okay. When you first commenced employment
10 with Verona, were you a special -- were you hired as
11 a special education teacher?
12 A. Yes.
13 Q. And was that your title for the entirety of the 17
14 years you worked there?
15 A. I believe our title is cross-categorical special
16 education teacher.
17 Q. Okay. And was that a title you had for the entirety
18 of the 17 years?
19 A. Yes.
20 Q. What building did you work in when you commenced
21 employment with the district back in '03?
22 A. Savanna Oaks Middle School.
23 Q. Did that change at all meaning the location of where
24 you taught, did that change at all in your 17 years
25 or did you stay at Savanna Oaks the entire time?

Page 11

1 A. No, I stayed at Savanna the entire time.
2 Q. Who was your supervisor at Savanna Oaks the last
3 school year that you were there which would have been
4 the '19-'20 school year?
5 A. Well, I mean --
6 MS. HENRY: Objection --
7 MS. LUBINSKY: Hold on. I want to
8 withdraw that question. I'm going to pause.
9 BY MS. LUBINSKY:
10 Q. Stacy, was the last year you worked at Verona the
11 2020-2021 school year?
12 A. Yes.
13 Q. Who was your supervisor that school year?
14 A. Could you be more specific regarding like my special
15 ed supervisor or the principal?
16 Q. Why don't you give me both because I do understand
17 you might have had kind of reported to the principal and
18 the special ed director. I get that. Why don't you
19 just give me both.
20 A. Okay. The principal at that time was Paris Echoles.
21 My special ed supervisor was Sandra Buxton.
22 Q. How long had Paris Echoles been your supervisor?
23 A. Just that year.
24 Q. Who was the principal at Savanna Oaks prior to Paris?
25 A. Sandy Esckrich.

Page 12

1 Q. Could you spell that last name?
2 A. E S -- hold on. E S C K R I C H.
3 Q. Very good. How long was Sandy the principal at
4 Savanna Oaks?
5 A. I'm not for sure. I think it was like between 8
6 to -- 8 ish years, 5 to 8 years I think.
7 Q. That's good enough for me. We don't have to go back
8 further than that. Let's talk about your director,
9 your pupil services supervisor, you said it was
10 Sandra Buxton the last year you worked there. How
11 long was Sandra the supervisor for purposes of
12 special ed?
13 A. At Savannah Oaks I think that was her second or third
14 year.
15 Q. Okay. Let's go back one prior to Sandra then.
16 Do you recall who the supervisor from the
17 special ed standpoint you had prior to Sandra?
18 A. Well, that year they did a little bit of changing
19 when Sandra kind of became the supervisor. But
20 before that my supervisor would have been Emmett
21 Durtschi.
22 Q. And how long was Emmett your supervisor?
23 A. He was the pupil services person I think for maybe 10
24 years I think.
25 Q. Okay. That's good enough. We're not going to go

Page 13

1 back further than that. Okay. And at Savannah Oaks,
2 let's just say in the last few years you were there,
3 the last two or three school years, could you just
4 describe for me -- first of all, it's a middle
5 school, correct?
6 A. Yes.
7 Q. And every middle school, well, not every one but
8 middle schools are different, so I'm going to ask,
9 what grade levels did Savannah Oaks have in the two
10 or three years before you left for Germany?
11 A. Six, seven and eight.
12 Q. And can you give me just a big picture overview of
13 the types of students you worked with?
14 A. Could you clarify?
15 Q. Yup.
16 A. Do you want labels?
17 Q. Fair point. So I know a lot about special ed. If
18 you can give me kind of the educational under their
19 IEPs, they were evaluated, are these EBD kids, are
20 these LD kids, are these OHI kids, or are they a
21 combination of several. If you give me kind of the
22 educational label, I can then understand the types of
23 kiddos that you're working with.
24 MS. HENRY: Just object to the form but go
25 ahead.

4 (Pages 10 - 13)

Page 14

1      THE WITNESS:  I had all, I mean many
2  different labels.  So I had LD students, I had EBD
3  students, I had hearing impaired students, I had
4  intellectual disability students, I had a student
5  with -- I had students with autism, OHI.  So just
6  about everything under the sun we had.
7  BY MS. LUBINSKY:
8  Q.  Okay.  Were you working in self-contained classrooms
9      with students, or were you servicing students in
10     their general ed environment or both?
11 A.  Both.
12 Q.  Did you work with a team of teachers?
13 A.  Do you mean special ed teachers?
14 Q.  Yes.
15 A.  Yes.
16 Q.  Can you just describe for me how your team was kind
17     of organized?  In other words, for example, for
18     example only, we had three special ed teachers
19     servicing sixth grade or however it was organized.
20 A.  Yeah, the configuration kind of changed throughout
21     the years, but it typically in the last, the
22     timeframe we're talking about, there was two teachers
23     at 6th grade, two teachers at 7th grade and two
24     teachers at 8th grade.  Those are special ed
25     teachers.

Page 15

1  Q.  That's actually very helpful, okay.  I can understand
2      that now.
3          Did you in the last two or three years, did
4      you teach at 6, 7 or 8?
5  A.  I was at 6, and I think I may have had a student or
6      two in 7th grade.
7  Q.  Okay.  And then because I know you were there from
8      '03 through then, did you previously work with 8th
9      graders in some years and 7th graders in some years
10     or not?
11 A.  Yes, I've worked at all the grade levels at some
12     point.
13 Q.  Okay.  Understood.  I want to go back to 2003.  You
14     graduated from UW-Whitewater.  Did you apply at
15     several schools before you landed at Verona?
16 A.  Yes.
17 Q.  And tell me a little bit about what you remember
18     about your hiring process at Verona.
19 A.  I remember I was -- it was August and I interviewed
20     and a couple days later I was asked for the position
21     -- or I was offered the position, excuse me.  And
22     then a couple days later school started.
23 Q.  What is your, from all of your years of experience,
24     what is your understanding of the typical time that
25     special education teachers apply for jobs and get

Page 16

1  hired?
2      MS. HENRY:  Objection, foundation.  Go
3  ahead.
4      THE WITNESS:  I don't know that there is a
5  typical timeframe.  I think since I have kind of
6  started in special ed, special ed teachers are
7  always needed.  So I think it's -- I don't know that
8  there was a typical timeframe.
9  BY MS. LUBINSKY:
10 Q.  Okay.  Other than your stint at Germany, did you ever
11     have other teaching employment from 2003 to the
12     present other than at the Verona Area School
13     District?
14 A.  No.
15 Q.  Okay.  Did you ever teach summer school?
16 A.  I did extended school year.
17 Q.  Okay.  For Verona?
18 A.  Yes.
19 Q.  Got it.  All right.  Very good.  So when you were
20     hired in 2003, tell me about what you remember about
21     any discussions regarding starting salary.
22 A.  There wasn't really a discussion.  I was super
23     excited to get hired.  I was happy to have like my
24     first real job and I accepted it.
25 Q.  Okay.  At any time from 2003 prior to Germany did you

Page 17

1      apply for a job in another school district as a
2      teacher?
3  A.  Not that I recall.
4  Q.  I know that's a long timeframe, so I know I'm tapping
5      into your memory there.
6  A.  Yeah.
7  Q.  As you continued year over year working for Verona,
8      did you -- can you describe for me how, and I'm not
9      looking for numbers, okay, but how prior -- let me
10     start my question over.
11         Prior to Act 10, all right, did your salary
12     at Verona move consistent with the then existing
13     salary schedule, that is that you would move, in
14     essence if you had another year of experience, you
15     would move a step or once you got your masters you
16     would move over a lane?
17 A.  I don't remember the going down part, but I do know
18     that you went over if you had credits or obtained
19     your masters degree.
20 Q.  Okay.  Let me maybe try it this way because I don't
21     think it's an issue in this case.
22         Before Act 10 do you believe your yearly
23     salary was increased in accordance with the then
24     existing salary schedules?
25 A.  I believe so, yes.

5 (Pages 14 - 17)

Page 18

1  Q.  Prior to Act 10 were you involved in the teachers
2     union at Verona?
3         MS. HENRY:  Objection, vague.  Go ahead.
4  BY MS. LUBINSKY:
5  Q.  You may answer.  If you answered, Stacy, we didn't
6     hear you or at least I didn't.
7  A.  Yes.
8  Q.  What was your involvement prior to Act 10?
9  A.  I was a member.
10  Q.  And did you have any leadership roles in the union
11     prior to Act 10?
12  A.  No.
13  Q.  After Act 10 were you a member of the teachers union?
14  A.  Yes.
15  Q.  Did you have any leadership roles in the union at any
16     time after Act 10?
17  A.  Yes.
18  Q.  When did you commence having a leadership role in the
19     teachers union?
20  A.  2017 I became one of the union presidents.
21  Q.  And were you elected union president, appointed or
22     some other process?
23  A.  Elected.
24  Q.  And I'm assuming elected by the members of the union?
25  A.  Yes.

Page 19

1  Q.  Okay.  So at any time prior to your election as a
2     union president did you sit in on any discussions any
3     other employees had with human resource -- with any
4     employee of the Verona School District regarding the
5     request for a salary increase?
6  A.  Could you repeat the question again?
7  Q.  Absolutely.  Yeah.  Sometimes they're long.
8         Prior to becoming union president did you
9     ever sit in on discussions any employee in the
10     district had with any kind of management or HR
11     employee of the district where the topic was a salary
12     increase or a requested salary increase?
13  A.  Not that I can remember, no.
14  Q.  Did you personally ever make a request prior to you
15     becoming union president for your salary to be
16     increased more than it otherwise would in accordance
17     with the salary schedules?
18  A.  No.
19  Q.  Okay.  So then I want to talk about then you became
20     the union president.  Do you happen to recall when in
21     2017 that was?
22  A.  The beginning of the -- so, sorry, August 2017.
23  Q.  Okay.  After August of 2017 up through the time you
24     go to Germany, were you involved in any discussions
25     other employees of the district, not yourself, but

Page 20

1     other employees in the district had with human
2     resources or other management in the district wherein
3     a discussion of a request for a salary increase
4     occurred?
5  A.  Yes.
6  Q.  How many times do you think you were present and
7     involved in those discussions?
8  A.  One.
9  Q.  And what is the name of the other employee who you
10     were present when this discussion occurred?
11  A.  I don't remember his name.  I'm sorry.
12  Q.  That's okay.  Can we -- was it a male?
13  A.  Yes.
14  Q.  I have some emails.  It might trigger a memory.  Just
15     one second.  Any chance the name Andrew Close sounds
16     familiar?
17  A.  Yes.
18  Q.  Or I also saw something involving you and a David
19     Watson?  I'm not sure if either of those names
20     refresh your recollection as to who the employee was
21     who you actually were present when there was a
22     discussion about their salary?
23  A.  It was Andrew Close.
24  Q.  Okay.
25  A.  He was a -- yeah.

Page 21

1  Q.  And let's just get a little bit of background.  Do
2     you have -- when was this?  Was this like 2017, '18,
3     '19?  If you remember?
4  A.  I don't remember.
5  Q.  Okay.  I have emails from Andrew Close in August of
6     2019 where you are copied.  I'm just going to read
7     it.  It says, dear Jason, I would like to meet with
8     you to talk about my salary schedule placement.  I'm
9     bringing Stacy Tremaine to represent me.  I was
10     wondering if you would be able to meet.
11         And then he gives some dates.  So if I'm
12     accurately portraying the email, does August of '19
13     sound about right, Stacy?
14  A.  Yes.
15  Q.  Okay.  And what was Andrew -- what type of teacher
16     was Andrew?
17  A.  He was a math teacher at the high school I believe.
18  Q.  Can you just tell me in your best memory what you
19     recall of the discussion that occurred involving
20     Andrew's request for a review or an increase in his
21     salary?
22  A.  So I remember going to the meeting.  He -- what I
23     remember is that he had his masters degree, and he
24     was also English language certified I think, ELL
25     certified.  And he talked to Jason about his

Veritext Legal Solutions

800-567-8658                        973-410-4098

Page 22

1   certifications because even he was a brand new
2   teacher and he was placed on the initial educator
3   column, and he wanted to be in the masters column.
4   Q.  You have a darn good memory because I have an email
5      from Jason on August 14 that indicates that he was
6      going to increase Andrew's salary placement from
7      provisionally licensed educator step two to
8      provisionally licensed educator step four in
9      recognition of the ESL certification.  Does that seem
10     consistent with your memory?
11  A.  Yes.
12  Q.  Do you know what it means, Stacy, to be a
13     provisionally licensed educator?
14  A.  Yes.  A provisionally licensed educator are educators
15     that are their first two years in education.
16  Q.  And you understand at least -- let me try it this
17     way.
18         Do you understand that Verona's teacher
19     schedule has for some time, I can't tell you how long
20     it goes back, but at least since 2017, has had a
21     separate lane for provisionally licensed teachers?
22  A.  Yes.
23  Q.  All right.  And I want to kind of clear that
24     discussion.
25         Have you now told me everything you can

Page 23

1   recall as you sit here today about the conversation
2   involving Andrew Close?
3   A.  Yes.
4   Q.  And was it you, Andrew and Jason Olson present and
5      nobody else?
6   A.  I believe so, yes.
7   Q.  Okay.  Was there any discussion in that conversation
8      of Andrew's sex or gender?
9   A.  No.
10  Q.  And so I can complete my notes here, Andrew is the
11     only employee who you kind of were present when they
12     made a request or an ask for a review or an increase
13     of their salary.  Do I have that right?
14  A.  That I remember, yes.
15  Q.  Fair enough.  Okay.  We'll move off that topic.
16         I asked you previously if you ever prior to
17     Act 10 went in to see -- to ask for an increase in
18     your salary, and you said you didn't.  So now I'm
19     going to complete it up until the time you leave for
20     Germany.
21         Did you, Stacy, ever send an email or go
22     into the office of human resources to ask for review
23     or consideration of a salary increase for you?
24  A.  I did send a letter of demand.
25  Q.  That's a great point.  Let me rephrase my question.

Page 24

1         And I'm going to show you a date.  Bear
2      with me.  This is going to help us frame the
3      question.
4         MS. LUBINSKY:  Let's go off the record.
5         (Discussion off the record.)
6         (Exhibit 1 marked.)
7   BY MS. LUBINSKY:
8   Q.  I am putting in front of you, Stacy, and we'll mark
9      as Tremaine Exhibit 1 -- which Vicky, I will email
10     you afterwards -- a letter that has a date of March
11     23, 2020.
12         First of all, Stacy, let's communicate, are
13     you seeing that letter on your screen?
14  A.  Yes.
15  Q.  And do you see in the first paragraph it says, and
16     I'm not reading verbatim, I write on behalf of Stacy
17     Tremaine regarding her salary?
18  A.  Yes.
19  Q.  And then let's just look at the signature line real
20     quick.  This is signed by an Elizabeth Fernandez,
21     legal counsel at WEAC, correct?
22  A.  Yes.
23  Q.  All right.  So now let me go back to my question.
24     And we're going to use the date of this email in my
25     question, or the date of this letter, excuse me.

Page 25

1   Here is my question.
2         At any time after Act 10 was passed and
3   prior to this letter dated March 23, 2020, did you,
4   Stacy, ever via email, in person, telephone, ever
5   request that the Verona School District consider a
6   review or increase in your salary above and beyond
7   what you would ordinarily get from the salary
8   schedules?
9   A.  No.
10  Q.  Okay.  I'm going to come back to Exhibit 1, but for
11     now I'm going to stop share so I can see you.
12         All right.  Tell me, Stacy, in your own
13     words how you believe Act 10 changed the landscape of
14     teacher negotiation in Wisconsin.
15         MS. HENRY:  Objection, foundation.  Go
16     ahead.
17         MS. LUBINSKY:  Well, I'll back up.
18  BY MS. LUBINSKY:
19  Q.  Stacy, you were a teacher in Wisconsin when Act 10
20     was passed, right?
21  A.  Yes.
22  Q.  Just out of curiosity, I'm looking out across my
23     building here to the Capital.  Were you one of those
24     many thousands of teachers that came to the Wisconsin
25     Capital to protest Act 10?

7 (Pages 22 - 25)

Page 26

1  A.  No.
2  Q.  Okay.  After Act 10 was passed, did the Verona Area
3      School District -- Strike that.
4          You were a member of the union from the
5      time Act 10 was passed up until the time you became a
6      president, the president of the union, correct?
7  A.  Yes.
8  Q.  And in your role as member, and I'm not sure how
9      active of a member you were, so I'm going to just try
10     to flesh that out a bit.  That's the next series of
11     my questions.
12         From that time period, 2011 to 2017, just
13     describe for me like as a member of the union would
14     you attend meetings regularly?
15 A.  Define regularly.
16 Q.  How often would the teachers union in Verona meet
17     from the passage of Act 10 until about 2017 when you
18     became president?
19 A.  I think they probably met once every other month
20     maybe.
21 Q.  And assuming that to be the schedule, how frequently
22     would you attend those meetings?
23 A.  Maybe twice a year.
24 Q.  Okay.  Did you have an understanding of what the
25     teachers union was doing in those years as it relates

Page 27

1      to teachers salary?
2  A.  No.
3  Q.  And that's fine.  If you kind of took a back seat
4      role prior to becoming a president, I will accept
5      that testimony.  So let me just, before I move on, I
6      want to make sure I'm not going to get surprised at
7      trial, okay.
8          So Stacy, was your involvement from after
9      -- in the union at Verona, after the passage of Act
10     10 but before you came -- became the president, a
11     fairly passive role?
12 A.  Yes.
13 Q.  Okay.  That's fine.  I will move on.
14         Once you became the president in the fall
15     of 2017, did you familiarize yourself with the role
16     the union played relative to negotiations with the
17     district?
18 A.  I'm sorry, can you repeat that again?
19 Q.  Absolutely.  Let me just let you talk.
20         Once you became a president, the president
21     of the union, fall of '17, what did you do to kind of
22     get up to speed and familiarize yourself enough to be
23     the union president understanding that you kind of
24     came from more of a passive role?
25 A.  Yeah.  So I had a mentor that was mentoring me for my

Page 28

1      first year as I was the union president.  So she kind
2      of mentored me throughout the year on grievance
3      things, the handbook, how to read the handbook.
4  Q.  Okay.  Who was your mentor?
5  A.  Sue Stodola.
6  Q.  Would that be S T O D O L A?
7  A.  Yeah.
8  Q.  Just like it sounds.  Okay.  Sounds good.
9          After you became the president of the union
10     up through the time you go to Germany, were you on, I
11     don't know what you would call it, the negotiations
12     team?
13 A.  Yes.
14 Q.  Is that what you called it?
15 A.  Yes.
16 Q.  All right.  And when was the first time as part of
17     the negotiations team but after you became the
18     president that you actually performed work in kind
19     of, you know, advancing the union's interest with
20     regard to negotiation?
21 A.  Probably I would say the spring of 2017.
22 Q.  Can you just in your own words describe for me what
23     role you played on the negotiations team in the
24     spring of '17?
25 A.  I was part of the negotiations committee, but I would

Page 29

1      say during that year the committee pretty much
2      existed of one person that did the majority of the
3      negotiations.  So it was a very passive, I didn't
4      have much influence or conversation that year.
5  Q.  And who was that person that you were just referring
6      to?
7  A.  John Bremmer.
8  Q.  B R E M M E R?
9  A.  Yes.  I think, yes.
10 Q.  And then did you, after that negotiation was
11     completed, were you involved in the negotiations for
12     the next school year which would be the 17-'18 school
13     year?
14 A.  I believe it's the '18-'19 school year.  But yes.
15 Q.  Okay.  And what was your involvement in the
16     negotiations over the '18-'19 school year salary?
17 A.  I was part of the committee, and we would meet
18     regularly with people from central office.
19 Q.  What do you recall of those negotiations regarding
20     the '18-'19 school year?
21 A.  I remember us talking about the salary schedule and
22     attempting to place people on the schedule based upon
23     years of service or years of -- yeah, years of
24     service.
25 Q.  Years of service at Verona or years of experience

8 (Pages 26 - 29)

Page 30

1    overall?
2    A.  Years of experience overall.
3    Q.  Okay.  And what else, if anything, do you recall of
4        those negotiations -- let me ask a better question.
5            So it sounds like there was an effort made
6        by the union, and you were on that team, to place
7        people on the salary schedule based on years of
8        experience overall.  Was the union successful at all
9        in convincing, I'll just call it management for lack
10       of a better word, to agree to that suggestion?
11   A.  No.
12   Q.  Okay.  Was it not -- what was your understanding as
13       to how individuals were placed on the salary schedule
14       as of the '18-'19 school year if not based on overall
15       experience?
16   A.  My understanding was they were arbitrationally put on
17       there.  There was no rhyme or reason.
18   Q.  What was that based on?
19   A.  Could you explain like what --
20   Q.  Yeah, you bet.  I'll try it again.
21           What was your understanding based on?  And
22       the understanding I'm referring to is the
23       understanding that people were placed on the salary
24       schedule with no rhyme or reason.
25   A.  Because some people were placed based upon, like when

Page 31

1        I looked at people on the salary schedule, some
2        people had, you know, 10 years of experience but were
3        on, you know, in lane 7, you know.  Some people had,
4        you know, a masters degree and 20 years of experience
5        but were on lane 2.  So it didn't seem to make any
6        sense to me where they were placed on the salary
7        schedule.
8    Q.  And you did not make decisions in terms -- Strike
9        that.  I'll ask you a simple question.
10           You never were in a role in the district
11       where you made the decision as to where somebody was
12       placed on the salary schedule, correct?
13   A.  No.
14   Q.  My statement was correct?
15   A.  Yes, yes.  Sorry, yes.
16   Q.  No, you're good.  You're good.
17           And did you -- so it sounds like there was
18       an effort made regarding the '18-'19 school year
19       negotiations that the union was asking for
20       individuals to be placed on the salary schedule based
21       on experience, and that effort was not successful.
22       Would that be a fair summary?
23   A.  Yes.
24   Q.  All right.  Have we now covered what you remember of
25       the '18-'19 negotiations?

Page 32

1    A.  Yes.
2    Q.  Or is there more that you can recall?
3    A.  No.
4    Q.  All right.  Were you involved as a member of the
5        teachers union in the contract negotiations
6        concerning the '19-'20 school year?
7    A.  Yes.
8    Q.  What do you remember of those negotiations?
9    A.  I remember that we, again, were trying to get people
10       placed on the salary schedule based upon years of
11       service, and it was unsuccessful during that time.
12   Q.  Were there certain individuals that you -- Strike
13       that.  I want to make sure I understand what you're
14       telling me.  We'll focus in on the '19-'20 school
15       year for now.
16           Was the union seeking to have specific
17       existing employees of the Verona Area School District
18       placed in a different step or lane on the salary
19       schedule than they were at the present time?
20   A.  Could you repeat that question again?  I'm sorry.
21   Q.  Sure.  What I'm trying to figure out is whether you
22       were advancing a desire that going forward new hires
23       would be placed on the salary schedule at their years
24       of experience or whether you and the union were
25       advancing that certain existing VASD employees be

Page 33

1        placed in a different step or lane on the salary
2        schedule based on their years of experience --
3            MS. HENRY:  Object to the form.
4            MS. LUBINSKY:  -- or both.  Sorry, Ann.
5        Go ahead.
6            MS. HENRY:  Just object to the form,
7        compound.  Go ahead, Stacy.
8            THE WITNESS:  Both.
9    BY MS. LUBINSKY:
10   Q.  All right.  So if I'm understanding correctly, I want
11       to get a nice, clear, record, Stacy.  During the
12       2019-'20 school year negotiations, it's your
13       testimony that the union was advancing both that new
14       hires be placed on the salary schedule in accordance
15       with their experience and that the Verona Area School
16       District reclassify existing employees on the then
17       existing salary schedule based on their years of
18       experience; is that correct?
19   A.  Yes.
20   Q.  Did you ever quantify or monetize what the cost to
21       the district would have been for the latter ask that
22       the union had?
23   A.  Did I quantify it?
24   Q.  We'll start there.
25   A.  No.

Page 34

1  Q.  Did the union to your knowledge quantify the cost to
2      the district of the latter, that is reclassifying
3      existing employees based on years of experience?
4  A.  Yes.
5  Q.  And who performed that analysis, if you know?
6  A.  I don't know.
7  Q.  Okay.  Do you happen to recall what the economic
8      impact would have been for one school year to do what
9      the union was advancing at least with respect to
10     existing employees?
11 A.  I don't recall.
12 Q.  And was the quantification solely of special
13     education teachers or were there other teachers?
14 A.  At the time of our negotiations it was -- we were
15     including all teachers to be placed based upon their
16     years of service.
17 Q.  And when you say all teachers, you mean all existing
18     Verona Area School District teachers, right?
19 A.  Yes.
20 Q.  And I want to make sure I get a complete record.  I
21     think I know the answer.  You believe there was
22     someone quantified the economic impact to the
23     district of doing what we just talked about, placing
24     all existing teachers on the salary schedule based on
25     your year of experience, but you don't know who did

Page 35

1      it and you don't know what the end result is.  Have I
2      summarized that fairly?
3  A.  Yes.
4  Q.  Okay.  All right.  Do you know whether such a
5      quantification was done for the '18-'19 school year?
6  A.  I don't recall.
7  Q.  Okay.  Have we now covered what you can recall of the
8      negotiations that you were involved in in your work
9      as a union president during that -- for the '19-'20
10     school year?
11 A.  Yes.
12 Q.  And then were you involved for the -- I apologize.
13         Did you work in Verona for the '20-'21
14     school year?
15 A.  Yes.
16 Q.  Okay.  I know I asked you that already.  It's just up
17     in my notes.  Okay.
18         And were you involved in the -- were you
19     involved as the union president regarding
20     negotiations?
21 A.  Yes.
22 Q.  And what was your involvement?
23 A.  I was part of the negotiations committee.
24 Q.  And with respect to that school year, can you, based
25     on your memory, can you recall and tell me what you

Page 36

1      remember of what the union was advancing relative to
2      salary?
3  A.  I recall that it was a continued effort to try to get
4      people placed based upon years of service as well as
5      new employees put on the salary scale based upon
6      their years of service.
7  Q.  Okay.  Let me try it this way, Stacy, because I know
8      it's been a long time.
9          Was the negotiations in 2020-2021 more of
10     the same and similar to the prior years?
11 A.  Yes.
12 Q.  Okay.  Does anything stand out at you as different
13     during the negotiations regarding the 2020-2021
14     school year?
15 A.  No.
16 Q.  And then just last few questions on that, do you know
17     whether anyone quantified the financial impact to the
18     district of the ask that you are -- that you as the
19     union made for that school year?
20 A.  Yes.
21 Q.  Do you know who did it?
22 A.  No.
23 Q.  Do you know what the end result was?
24 A.  No.
25 Q.  Sometimes we have to repeat ourselves, so I knew you

Page 37

1      were going to say that.  Just had to get a nice,
2      clear record.  Okay.
3          And to be clear, before I move off this
4      topic, what your memory is is that the union was
5      advancing that all Verona Area School District
6      employees, not just special education teachers and
7      social workers, but all Verona Area School District
8      employees be placed on the district's salary schedule
9      in accordance with their years of experience?
10 A.  Yes.
11 Q.  Okay.  All right.
12         MS. LUBINSKY:  I need to take a one minute
13     break just to do my blinds.
14         (Pause.)
15 BY MS. LUBINSKY:
16 Q.  When did you leave for Germany?
17 A.  August of 2021.
18 Q.  And earlier you told me you're on an approved two
19     year leave of absence?
20 A.  Yes.
21 Q.  And if you return, let's just assume you do, is it
22     your understanding that you will kind of have all of
23     the same attendant benefits that you would have had
24     had you remained in the district for the two years
25     that you have been in Germany?

10 (Pages 34 - 37)

Page 38

1  A.  Could you define defendant benefits?
2  Q.  Yeah, sure.  Let's take an example.
3       You having been hired in 2003 in the
4  district, you have -- you understand that if you
5  remain in the district for a certain number of years,
6  you have certain retirement benefits.  And I'm not
7  talking about WRS benefits, I'm talking about
8  retirement benefits provided by the Verona Area
9  School District, right?
10 A.  Yes.
11 Q.  All right.  And we'll take that example.  Is it your
12 understanding that when you, assuming you return,
13 when you return you will still be eligible for those
14 same benefits?
15 A.  Yes.
16 Q.  Okay.  And I'm just curious, I'm not sure it's
17 relevant or it matters but do you know if you return
18 whether you're going to get kind of two years of
19 credit for the purpose of your years of service at
20 Verona?
21 A.  I don't know.
22 Q.  Okay.  And I'm asking for an example.  Let me give
23 you an example.
24       The retirement benefits attendant to
25 somebody like you who was hired in 2023, you would

Page 39

1  agree with me that if you stay at Verona for a
2  certain number of years, you will be -- and retire,
3  you will be eligible for certain retirement benefits,
4  right?
5  A.  Yes.
6  Q.  And I was just curious if you know, and if you don't,
7  it's okay, I will move on, but whether your two years
8  of experience in Germany will be counted toward
9  whatever that level is for retirement, whether it's
10 20 years, 25 years, 30 years.  Do you know whether
11 the two years in Germany will count?
12 A.  I do not know.
13 Q.  Okay.  But you do know one thing, regardless of
14 whether they count, when you come back, if you come
15 back to Verona, you will at a minimum pick back up on
16 years of service where you were at the end of the
17 2020-'21 school year?
18 A.  Yes.
19 Q.  Okay.  I understand.  Why, Stacy, have you not looked
20 for another job or applied -- Strike that.  Let me
21 ask a better question.
22       Why have you not applied for another job
23 beyond Verona other than your work, your leave of
24 absence in Germany?
25 A.  I hadn't applied for another teaching job since being

Page 40

1  in Verona.
2  Q.  Okay.  That's a fair point.  Let me ask my question
3  in a better way.
4       Why have you not applied for another
5  teaching job other than Germany since you began work
6  in Verona in 2003?
7  A.  Because I enjoyed my work, I enjoyed working for
8  Verona.  I liked it.  I liked my colleagues.  I
9  enjoyed it.
10 Q.  Okay.  And have you ever -- Strike that.
11      Are you aware of whether other districts in
12 the surrounding area of Verona, by that I mean just
13 any place you could drive to wherever you lived in
14 Verona, okay, and by drive to, I mean for a
15 reasonable commute, whatever you would deem that to
16 be, you and I would both agree there are many school
17 districts in and around Verona that you could drive
18 to with a reasonable commute, right?
19 A.  Yes.
20 Q.  All right.  Do you know whether other school
21 districts, by other, I mean other than Verona, pay
22 more to -- for special education teachers with your
23 years of experience?
24 A.  I don't know.
25 Q.  Do you know whether any of those same districts pay

Page 41

1  less than Verona?
2  A.  I don't know.
3  Q.  So judging from your answers, this is going to be an
4  obvious question, you have done no investigation to
5  ascertain how much other special education teachers
6  in schools surrounding the Verona School District pay
7  to their special education teachers, right?
8  A.  Right.
9  Q.  Do you value the education -- Strike that.
10      Do you personally place value on your
11 retirement benefits that you would be eligible to
12 receive for Verona if you stay, whatever the number
13 of years are, that is required under the plan that's
14 effective for you?
15 A.  Could you repeat that again, please?
16 Q.  Yeah.  I'll try to make it more simple.
17      Do you, Stacy, place value in the
18 retirement benefits to which you will be entitled if
19 you remain at Verona until you become eligible for
20 the retirement benefits?
21 A.  When you say value, could you be more specific?
22 Q.  Sure.  Is it something that you believe is -- is it
23 something that you believe is going to be financially
24 helpful for you when you retire?
25 A.  Yes.

11 (Pages 38 - 41)

Page 42

1  Q. Have you quantified based on -- Strike that.
2      Let's get a little foundation out because
3  I'm sensing you might know more than me. And I hope
4  I'm right.
5      Do you know how many years of experience in
6  the district you are going to need to have before you
7  will become eligible for the Verona School District's
8  retirement benefits?
9  A. I think for me specifically, I'm not -- I'm not
10  positive, but I believe it will have to be until I'm
11  55. I'll have the years but I believe I also have to
12  be 55.
13  Q. All right. Let's go back and get some foundation.
14  The retirement benefits that are applicable to you
15  probably, correct me if I'm wrong, have two
16  requirements, that you meet at the age of 55 and you
17  have a certain number of years of experience, right?
18  A. Right.
19  Q. And I'm hearing you, I think we're communicating,
20  you've got no concerns, you're going to meet that
21  years of experience, it's just getting to age 55,
22  right?
23  A. Yes.
24  Q. And if you don't mind me asking, how old are you?
25  A. I'm 42.

Page 43

1  Q. So you've got, simple math, and assuming you get --
2  well, you wouldn't need the credit from Germany
3  because you've got so many years. So you've got
4  about 13 more years of working before you can be
5  eligible for those retirement benefits, correct?
6  A. Yes.
7  Q. Now, here is my question. Assuming you come back,
8  you work at Verona and you work until you're 55, and
9  we know, we both know you're going to have way more
10  years of experience than you probably need, you're
11  going to get, if all of those hypotheticals are true,
12  and you work through 55 and you decide to retire at
13  that point, do you have a sense for what the
14  retirement benefits are that you will receive?
15  A. No, I don't.
16  Q. That's a fair answer. Do you know if it's like a
17  certain percentage of your salary or is it a lump sum
18  every year or you literally just don't know?
19  A. I literally just don't know.
20  Q. That's okay. That's okay. Let me try it this way
21  and I'll move off retirement.
22      Is the fact that you have these retirement
23  benefits, whatever they may be, something, a factor
24  in your decision to stay at Verona for as long as you
25  have?

Page 44

1  A. No.
2  Q. Okay. So why have you not sought other -- let's back
3  up.
4      You're making a claim in this case that
5  you're not being paid enough money and you claim you
6  should be paid commensurate with how the district has
7  paid another male special education teacher named
8  Isaiah Crowe, correct?
9  A. Yes.
10  Q. All right. So I understand you're not happy with the
11  salary you had before you left for Germany, correct?
12  A. Yes.
13  Q. All right. Why have you not sought employment in
14  other districts to obtain the salary that you believe
15  you are entitled to?
16      MS. HENRY: Objection, foundation. Go
17  ahead.
18  BY MS. LUBINSKY:
19  Q. Go ahead.
20  A. So when I first found out about the issues with
21  Isaiah Crowe and him getting paid more, I felt like I
22  did deserve to get paid as much as he did. And when
23  that all happened, I did seek other employment
24  through the Department of Defense where I do get with
25  benefits, you know, essentially paid more.

Page 45

1  Q. Okay. Let's explore that just a little bit.
2      Approximately when did you learn that
3  Isaiah Crowe was making more than you?
4  A. Probably late 2019.
5  Q. Do you recall how you came to learn that information?
6  A. I had learned it through our region 6 director, Mendy
7  Dorris.
8  Q. So Mendy advised you that Isaiah Crowe was making
9  more than you, correct, or words to that effect?
10  A. Yes.
11  Q. Okay. And then going back to your testimony,
12  approximately when did you seek other employment
13  after learning that information?
14  A. Approximately I started November 2021.
15  Q. You started your --
16  A. Sorry, sorry, sorry.
17  Q. That's okay.
18  A. So it was 2021, so, yeah, November 2021 was when I
19  began filling out the application for -- yeah.
20  Q. Okay. So here's what I've got, and I'm just taking
21  some notes here. You learned about Crowe's salary as
22  compared to yours in late 2019. You did not seek
23  employment elsewhere until approximately November of
24  2021. Do I have that right?
25  A. Yup.

12 (Pages 42 - 45)

Page 46

1  Q.  Okay.  And you filled out the application for the
2      Department of Defense, correct?
3  A.  Yes.
4  Q.  You obviously got the job.  You're there.
5      Congratulations.  And my only other follow-up
6      question is you said that you do make more with I
7      believe you said with benefits, or I didn't write
8      down your exact words but tell me about what you
9      meant by that.
10 A.  Living -- a benefit when living in Europe is that
11     you're -- you get a living stipend.  So the living
12     stipend is on top of your salary.
13 Q.  Okay.  And I'm not --
14 A.  So --
15 Q.  I'm sorry.  Please continue.  I apologize, Stacy.
16 A.  So with the living stipend, the benefit is more.
17 Q.  Okay.  Here is what I'm hearing you say.  Combining
18     your salary and your living stipend, you have made
19     more in the years you've been there than you would
20     have made had you been -- had you continued on in
21     Verona for these past two years?
22 A.  Yes.
23 Q.  Do you know whether your salary plus your living
24     stipend combined is more or less than Isaiah Crowe
25     has made, or you're not sure?

Page 47

1  A.  No, because the living stipend just goes towards your
2      living.  So it doesn't -- it's not included within
3      your salary.
4  Q.  But it is a separate pot of money that you get,
5      correct?
6  A.  Yes.
7  Q.  Okay.  Just like a salary here in Verona, right, is a
8      pot of money you get that you need to pay, among
9      other things, living expenses, right?
10 A.  Um-hum.
11 Q.  Is that a yes?
12 A.  Yes.  Sorry.
13 Q.  No, that's okay.  So I'm just trying to figure out,
14     and let me just be very direct, Stacy.
15         Are you claiming that you have made less
16     than Isaiah Crowe in the two years that you, and I
17     know it's been like a year-and-a-half, but in the
18     time since you've been at Germany, or you're just not
19     sure?
20 A.  I'm just not sure.
21 Q.  Okay.  That's a fair answer.  Once you learn in late
22     2019 that Isaiah Crowe was making more -- Strike
23     that.  Let me back up.
24         Isaiah Crowe I'll represent to you works at
25     the high school.  Did you ever work with him at all

Page 48

1      when you were at Verona?
2  A.  No.
3  Q.  So do you know what population of students he serves?
4  A.  No.
5  Q.  You were not present during his negotiations
6      involving his salary with Jason Olson or HR staff,
7      correct?
8  A.  No.  Correct.
9  Q.  So you do not know why Isaiah Crowe was placed where
10     he was on the salary schedule, correct?
11 A.  Yes.
12 Q.  Is it your position in this lawsuit that every -- let
13     me withdraw that question.  I'm going to get to it
14     later.
15         You have no basis from any source to
16     believe that Isaiah Crowe's salary was placed on the
17     salary -- that Isaiah Crowe was placed on the salary
18     schedule based on his sex, correct?
19 A.  Could you repeat that?
20         MS. HENRY:  Objection, foundation.  Go
21     ahead, please.
22         MS. LUBINSKY:  I will rephrase it because
23     she asked me to rephrase it, so we'll start that one
24     over.
25 BY MS. LUBINSKY:

Page 49

1  Q.  You have no independent knowledge to suggest or
2      support the accusation that the Verona Area School
3      District placed Isaiah Crowe on the salary schedule
4      based on his sex, correct?
5          MS. HENRY:  Object to the form.
6          THE WITNESS:  Yes.
7  BY MS. LUBINSKY:
8  Q.  I want to talk about -- I'm going to go back to the
9      demand letter now.  Technology, give me one moment.
10         Stacy, do you see the demand letter on your
11     screen?
12 A.  Yes.
13 Q.  And for the record, I previously only showed this to
14     the witness.  I'm going to mark this as Tremaine
15     Exhibit 1.  All right.
16         Stacy, I'd like to walk through with you
17     this letter if you wouldn't mind.  We talked about
18     this before but to confirm, the letter is signed by
19     Elizabeth Fernandez, legal counsel, and she's
20     employed at or at the time worked at WEAC, do you see
21     that?
22 A.  Yes.
23 Q.  And was she legal counsel representing you at the
24     time of this letter?
25 A.  Yes.

13 (Pages 46 - 49)

Page 50

1   Q.   Okay.  She starts her letter, and for the record
2        only, I am not reading this letter verbatim, it
3        speaks for itself.  I just want to go through some of
4        the points with you, Stacy.  Do you see in the second
5        paragraph of the letter that she is addressing your
6        education, your certification and things of that
7        nature, right?
8   A.   Yes.
9   Q.   And we talked about all of that education earlier in
10       this deposition, correct?
11  A.   Yes.
12  Q.   I want to go to the next paragraph in her letter.  It
13       says you have a teacher lifetime license for specific
14       learning disabilities, prekindergarten through grade
15       9.
16            First of all, do you see that?
17  A.   Yes.
18  Q.   And is that, as you sit here today, is that your
19       license?
20  A.   Yes.
21  Q.   So to be clear, you are not licensed to teach beyond
22       grade 9, correct?
23  A.   Correct.
24  Q.   And by lifetime license, I think I know what that
25       means, but I'm going to get your understanding of

Page 51

1        what -- what is a lifetime license?
2   A.   A lifetime license just means that I don't -- you
3        don't have to take additional credits, you don't have
4        to do any additional course work to keep your
5        education license going.
6   Q.   Okay.  Got it.  All right.  And then still within
7        that same area of the letter, Ms. -- Attorney
8        Fernandez is talking about according to what DPI
9        says.  And let's just assume she got it right, okay.
10       She says that Mr. Crowe has a teacher's lifetime
11       license for the following, and then she labels it
12       cross-categorical special education, early
13       adolescence-adolescence.
14            First of all, do you see that on the
15       letter?
16  A.   Yes.
17  Q.   And that is a different licensure than you have,
18       correct?
19  A.   Yes.
20  Q.   And if you know, what does early
21       adolescence-adolescence, what does that translate in
22       terms of what grades Mr. Crowe can teach?  And if you
23       don't know, I'll accept that you don't know.
24  A.   I don't know.
25  Q.   Okay.  We're going to move on.  Her next paragraph

Page 52

1        talks about the fact that you are both special
2        education teachers, you both have masters and
3        bachelors and that Crowe she says it appears 14 years
4        of experience and you have 16.  Do you see where I
5        referenced that?
6   A.   Yes.
7   Q.   And I assume you would testify it's your view that
8        you have similar education and slightly more work
9        experience than Mr. Crowe, would that be fair?
10  A.   Yes.
11  Q.   Okay.  Next paragraph of her letter talks about Mr.
12       Crowe's assignment being at the high school and that
13       your assignment is at the middle school, do you see
14       that?
15  A.   Yes.
16  Q.   And based on what you know, you would agree that's
17       true, that he was assigned to the high school and you
18       were assigned to the middle school?
19  A.   Yes.
20  Q.   And she talks about the district's job description
21       for special education teacher, not differentiating in
22       any fashion among grades.  Do you believe that to be
23       true?
24  A.   Yes.
25  Q.   But you would acknowledge that you are not certified

Page 53

1        to teach the grades that Mr. -- grade levels that Mr.
2        Crowe teaches assuming he teaches above 9th grade,
3        correct?
4   A.   Yes.
5   Q.   All right.  I'm going on in the letter.  At the top
6        of page 2 the letter indicates as follows "the
7        district and the district's board of education are
8        responsible for the discriminatory pay disparity."
9            Do you see where I read?
10  A.   Yes.
11  Q.   All right.  And she goes on to talk about some facts
12       about where Mr. Crowe -- when Mr. Crowe was hired,
13       how much he was hired for and where he was placed.  I
14       don't have questions on that.
15            Next paragraph down indicates that Ms.
16       Tremaine and Mr. Crowe perform equal work that
17       requires equal skill, effort and responsibility, do
18       you see that?
19  A.   Yes.
20  Q.   And do you agree with that?
21  A.   Yes.
22  Q.   How do you know that you perform equal work that
23       requires equal skill, effort and responsibility as
24       compared to Mr. Crowe if you don't know what he does?
25  A.   Well, we're both hired as special education teachers,

14 (Pages 50 - 53)

1    and the special education teacher description is the
2    same for kindergarten through everything or through
3    the whole district. So the description is the same
4    of what a special education teacher's requirements or
5    job description is.
6    Q. Is that the complete answer to my question, or is
7    there anything more you want to add?
8    A. That's the complete answer.
9    Q. Very good. I'll move on. And then the next
10   paragraph, next sentence, excuse me, says both,
11   meaning you and Mr. Crowe, have similar working
12   conditions and work in their positions full time.
13       What is your -- do you agree that you have
14   similar working conditions to Mr. Crowe?
15   A. Yes.
16   Q. And is the basis for that belief the same as your
17   basis for your belief that you performed equal work
18   requiring equal skill, effort and responsibility?
19   A. Yes.
20   Q. All right. And then next sentence talks about the
21   district's compensation of you at a salary less than
22   it says male counterpart but a salary less than Mr.
23   Crowe for equal work violates the Wisconsin Fair
24   Employment Act, do you see that?
25   A. Yes.

1    Q. And then the letter ends by a demand by, and I
2    understand this is a lawyer on your behalf, but a
3    demand on your behalf to pay back pay for the
4    differential between your salary and Mr. Crowe's,
5    right?
6    A. Yes.
7    Q. And a demand that your salary be raised immediately
8    to match that of Mr. Crowe, right?
9    A. Yes.
10   Q. And the letter ends please contact me with questions,
11   correct?
12   A. Yes.
13   Q. And you would agree this was a demand letter written
14   on your behalf for a monetary amount of back pay and
15   an immediate change of your salary to match Crowe's,
16   right?
17   A. Yes.
18   Q. You did not consider this letter to be a negotiation,
19   correct?
20   A. Correct.
21   Q. And what happened thereafter, and I'm not going to
22   worry about dates, but at some point after this
23   letter an Equal Rights Division discrimination
24   complaint was filed by Attorney Fernandez on behalf
25   of you and others, correct?

1    A. Yes.
2    Q. Okay. I'm going to stop sharing. One moment. Just
3    a few more questions, Stacy.
4        Have you quantified the difference between
5    your salary and Mr. Crowe's salary for the 2019-'20
6    or 2020-'21 school year?
7    A. Have I quantified it? No.
8    Q. Okay. Would you agree there is a significant teacher
9    shortage in the State of Wisconsin?
10       MS. HENRY: Objection, foundation. Go
11   ahead.
12       THE WITNESS: Currently?
13   BY MS. LUBINSKY:
14   Q. Yes.
15   A. I don't know. I haven't been keeping up with the
16   teacher shortages in Wisconsin right now.
17   Q. Okay. Let me try it better.
18       Before you left Germany, okay, so when you
19   were living in Wisconsin and obviously had worked in
20   the district for 20 -- or since 2003, did you become
21   aware, especially -- let me try -- let me start this
22   way.
23       At some time after Act 10 was passed, did
24   you become aware that there were certain teachers in
25   certain subject areas that were in demand in the

1    State of Wisconsin?
2        MS. HENRY: Objection, foundation. Go
3    ahead.
4        THE WITNESS: Yes.
5    BY MS. LUBINSKY:
6    Q. And how did you come to learn that, Stacy?
7    A. Through my role on the negotiations committee.
8    Q. Tell me what -- and that makes perfect sense to me.
9    So in your role on the negotiations committee you
10   learned that there are certain teaching areas that
11   are in demand, correct?
12   A. Yes.
13   Q. What areas, and by areas, I'm referring to things
14   like tech ed, math, English, special ed, health.
15   What areas did you come to learn in your role on the
16   negotiations committee were in demand in the State of
17   Wisconsin?
18   A. The ones I recall were the special ed, school
19   psychologist and like a tech ed.
20   Q. Does that complete what you can remember in that
21   regard?
22   A. Yes.
23   Q. And you came to learn in your role on the union
24   negotiations team or group that the district had
25   placed certain people on the salary schedule at a

15 (Pages 54 - 57)

1    place higher than their experience level -- Strike

2    that.  Let me start it this way.

3        Are you aware of females in the Verona Area

4    School District who are placed on the salary schedule

5    at a place higher than their experience level would

6    otherwise indicate?

7  A.  No.

8  Q.  Are you aware of situations where females like Mr.

9    Crowe, females were hired higher than an existing

10    male teacher in whatever that role would be, could be

11    like a health teacher, a tech ed teacher, whatever

12    the position is?

13  A.  Could you clarify that question for me again?

14  Q.  Sure.  Let me give you an example.

15        Are you personally aware of situations

16    where a new teacher at Verona is -- who is a female

17    was placed on the salary schedule higher than an

18    existing male teacher who performs -- who has the

19    same job title?

20  A.  No.

21  Q.  Have you done any analysis at any time, and I

22    recognize you've been in Germany for two years so you

23    may not remember if you did, but did you ever look at

24    the salary schedule and figure out if there were in

25    fact females who were placed higher than their

1    experience level and as a result higher than male

2    counterparts based on similar experience?

3  A.  I did not do that independently.  When I had first --

4    no, I did not do that independently.

5  Q.  Okay.  I asked you about Isaiah Crowe, and I want to

6    eliminate you being a witness to something else

7    that's at issue in the lawsuit so bear with me.  I

8    don't think you know anything about this, but I've

9    got to ask.

10        The district hired a guy by the name of

11    William Howlett in August of 2017 as a school

12    psychologist.  Were you involved at all with respect

13    to Mr. Howlett's hiring?

14  A.  No.

15  Q.  Were you involved at all in the placement of Mr.

16    Howlett on the salary schedule?

17  A.  No.

18  Q.  Were you involved with any other school psychologist

19    who were claiming -- in your role as a union

20    representative, who were claiming that they should

21    have been paid what Will Howlett should have been

22    paid?

23  A.  No.

24  Q.  Okay.  Do you have any personal knowledge that any

25    employee of the Verona Area School District was

1    placed on the salary schedule based on their sex?

2    MS. HENRY:  Objection, vague.

3    THE WITNESS:  Can you repeat that?

4    MS. HENRY:  Go ahead.

5  BY MS. LUBINSKY:

6  Q.  Go ahead, Stacy.

7  A.  Can you repeat it for me again?

8  Q.  Sure.  Do you have personal knowledge that any

9    employee of the Verona Area School District was

10    placed on the salary schedule based on their sex?

11    MS. HENRY:  Objection, vague.  Go ahead.

12    THE WITNESS:  No.

13    MS. LUBINSKY:  If I could take a two

14  minute break, I want to consult with my co-counsel

15  Rich and then I may be done.  So Stacy, if you just

16  want to put me on mute or something for a minute,

17  I'm going to call Rich and then I may be done.

18    (Recess taken.)

19    MS. LUBINSKY:  Stacy, I have no further

20  questions.

21    MS. HENRY:  And Stacy, I do not have any

22  questions, so you are done.

23    (At 11:31 a.m., the deposition concluded.)

24        *   *   *

25    COURT REPORTER:  Transcripts?

1    MS. LUBINSKY:  Yes.

2    MS. HENRY:  Let me check and get back to

3  you.

4    MS. BANASZAK:  We have a purchase order

5  for Veritext, so we can go ahead and order the

6  transcript.

7    MS. HENRY:  Then we'll get a copy with

8  regular delivery.  Electronic.  We'll reserve

9  signature.

Page 62

```
 1          C E R T I F I C A T E
 2   STATE OF WISCONSIN )
            ) SS
 3   MILWAUKEE COUNTY  )
 4        I, VICKY L. ST. GEORGE, Registered Merit
 5   Reporter and Notary Public in and for the State of
 6   Wisconsin, do hereby certify that the preceding deposition
 7   was recorded by me and reduced to writing under my
 8   personal direction.
 9        I further certify that said deposition was
10   taken at The Witness's Residence,
11   on December 16, 2022, commencing at 10:00 a.m and
12   concluding at 11:31 a.m.
13        I further certify that I am not a relative or
14   employee or attorney or counsel of any of the parties, or
15   a relative or employee of such attorney or counsel, or
16   financially interested directly or indirectly in this
17   action.
18        In witness whereof, I have hereunto set my hand
19   and affixed my seal of office at Milwaukee, Wisconsin,
20   this 21st day of December, 2022.
21
22
23               VICKY L. ST. GEORGE
                 Notary Public in and for the
24               State of Wisconsin
                 Commission Expires 1/29/2025
25
```

Page 63

```
 1   Ann Henry, Esq.
 2   ann.henry@eeoc.gov
 3        December 30th, 2022
 4   RE:US Equal Employment Opportunity Commission v. Verona Area
 5   12/16/2022, Stacy Tremaine (#5626961)
 6   The above-referenced transcript is available for
 7   review.
 8     Within the applicable timeframe, the witness should
 9   read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12     The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   (erratas-cs@veritext.com)
16
17   Return completed errata within 30 days from
18   receipt of testimony.
19   If the witness fails to do so within the time
20   allotted, the transcript may be used as if signed.
21
22        Yours,
23        Veritext Legal Solutions
24
25
```

Page 64

```
 1   US Equal Employment Opportunity Commission v. Verona Area School
 2   Stacy Tremaine (#5626961)
 3        E R R A T A   S H E E T
 4   PAGE____ LINE____ CHANGE_____
 5   _____
 6   REASON_____
 7   PAGE____ LINE____ CHANGE_____
 8   _____
 9   REASON_____
10   PAGE____ LINE____ CHANGE_____
11   _____
12   REASON_____
13   PAGE____ LINE____ CHANGE_____
14   _____
15   REASON_____
16   PAGE____ LINE____ CHANGE_____
17   _____
18   REASON_____
19   PAGE____ LINE____ CHANGE_____
20   _____
21   REASON_____
22
23   _____  _____
24   Stacy Tremaine            Date
25
```

Page 65

```
 1   US Equal Employment Opportunity Commission v. Verona Area School
 2   Stacy Tremaine (#5626961)
 3        ACKNOWLEDGEMENT OF DEPONENT
 4     I, Stacy Tremaine, do hereby declare that I
 5   have read the foregoing transcript, I have made any
 6   corrections, additions, or changes I deemed necessary as
 7   noted above to be appended hereto, and that the same is
 8   a true, correct and complete transcript of the testimony
 9   given by me.
10
11   _____  _____
12   Stacy Tremaine            Date
13   *If notary is required
14        SUBSCRIBED AND SWORN TO BEFORE ME THIS
15   _____ DAY OF _____, 20___.
16
17
18        _____
19        NOTARY PUBLIC
20
21
22
23
24
25
```

17 (Pages 62 - 65)

**0**

**00039**   1:6
**03**   10:21 15:8

**1**

**1**   2:21 24:6,9
  25:10 49:15
**1/29/2025**
  62:24
**10**   12:23 17:11
  17:22 18:1,8
  18:11,13,16
  23:17 25:2,13
  25:19,25 26:2
  26:5,17 27:10
  31:2 56:23
**10:00**   1:14
  62:11
**11:31**   1:14
  60:23 62:12
**12/16/2022**
  63:5
**13**   43:4
**14**   22:5 52:3
**16**   1:13 52:4
  62:11
**17**   10:3,9,13,18
  10:24 27:21
  28:24 29:12
**18**   9:12 21:2
  29:12,14,16,20
  30:14 31:18,25
  35:5
**19**   9:12,13,21
  11:4 21:3,12
  29:14,16,20

30:14 31:18,25
32:6,14 35:5,9

**2**

**2**   2:8 31:5 53:6
**2-0**   9:5
**20**   9:2,4,13,21
  11:4 31:4 32:6
  32:14 33:12
  35:9,13 39:10
  56:5,20 65:15
**200**   2:8
**2003**   6:12 9:20
  15:13 16:11,20
  16:25 38:3
  40:6 56:20
**2006**   6:18
**2011**   6:19
  26:12
**2017**   18:20
  19:21,22,23
  21:2 22:20
  26:12,17 27:15
  28:21 59:11
**2019**   6:21 21:6
  33:12 45:4,22
  47:22 56:5
**2020**   9:9 24:11
  25:3 39:17
  56:6
**2020-2021**
  11:11 36:9,13
**2021**   9:10
  37:17 45:14,18
  45:18,24

**2022**   1:13
  62:11,20 63:3
**2023**   38:25
**2055**   62:22
**21**   6:24 9:2,4,5
  35:13 39:17
  56:6
**21st**   62:20
**22**   1:6
**23**   24:11 25:3
**230**   2:3
**24**   2:21
**25**   39:10
**2920**   2:3

**3**

**3**   2:16
**3-23-2020**   2:21
**30**   39:10 63:17
**30th**   63:3
**312**   2:4

**4**

**42**   42:25

**5**

**5**   12:6
**53703**   2:9
**55**   42:11,12,16
  42:21 43:8,12
**5626961**   63:5
  64:2 65:2
**5:00**   3:19

**6**

**6**   15:4,5 45:6
**60604**   2:4

**6th**   14:23

**7**

**7**   15:4 31:3
**7th**   14:23 15:6
  15:9

**8**

**8**   12:5,6,6 15:4
**800-368-5661**
  2:9
**872-9744**   2:4
**8th**   14:24 15:8

**9**

**9**   6:13 50:15,22
**9th**   53:2

**a**

**a.m**   1:14 62:11
**a.m.**   1:14 60:23
  62:12
**able**   21:10
**absence**   8:20
  8:22 37:19
  39:24
**absolutely**   19:7
  27:19
**accept**   27:4
  51:23
**accepted**   16:24
**accuracy**   63:9
**accurately**
  21:12
**accusation**   49:2
**acknowledge**
  52:25

**acknowledge...** 65:3
**acknowledg...** 63:12
**act** 5:25 17:11 17:22 18:1,8 18:11,13,16 23:17 25:2,13 25:19,25 26:2 26:5,17 27:9 54:24 56:23
**action** 62:17
**active** 26:9
**actual** 4:9 8:5
**add** 54:7
**additional** 51:3 51:4
**additions** 65:6
**addressing** 50:5
**adolescence** 51:13,13,21,21
**adolescent** 6:24
**advancing** 28:19 32:22,25 33:13 34:9 36:1 37:5
**advised** 45:8
**affixed** 62:19
**age** 42:16,21
**agree** 30:10 39:1 40:16 52:16 53:20 54:13 55:13 56:8

**ahead** 4:11 7:17 13:25 16:3 18:3 25:16 33:5,7 44:17,19 48:21 56:11 57:3 60:4,6,11 61:5
**allotted** 63:20
**amount** 55:14
**analysis** 34:5 58:21
**analyzing** 7:19
**andrew** 20:15 20:23 21:5,15 21:16 23:2,4 23:10
**andrew's** 21:20 22:6 23:8
**ann** 2:2 4:3,17 5:3,9 33:4 63:1
**ann.henry** 2:5 63:2
**answer** 5:11,20 18:5 34:21 43:16 47:21 54:6,8
**answered** 18:5
**answers** 41:3
**apartment** 3:14 3:22
**apologize** 35:12 46:15
**appeared** 2:6 2:10

**appears** 52:3
**appended** 65:7
**applicable** 42:14 63:8
**application** 45:19 46:1
**applied** 39:20 39:22,25 40:4
**apply** 15:14,25 17:1
**appointed** 18:21
**approved** 37:18
**approximately** 45:2,12,14,23
**arbitrationally** 30:16
**area** 1:7 3:21 6:22 8:20,24 9:19 10:8 16:12 26:2 32:17 33:15 34:18 37:5,7 38:8 40:12 49:2 51:7 58:3 59:25 60:9 63:4 64:1 65:1
**areas** 56:25 57:10,13,13,15
**ascertain** 41:5
**asked** 15:20 23:16 35:16 48:23 59:5

**asking** 5:7 31:19 38:22 42:24
**assigned** 52:17 52:18
**assignment** 52:12,13
**assume** 37:21 51:9 52:7
**assuming** 18:24 26:21 38:12 43:1,7 53:2
**attached** 2:24 63:11
**attempting** 29:22
**attend** 7:12 26:14,22
**attendant** 37:23 38:24
**attorney** 2:25 4:20 5:12,17 51:7 55:24 62:14,15 63:13
**attorneys** 4:21 5:17,24
**august** 15:19 19:22,23 21:5 21:12 22:5 37:17 59:11
**autism** 6:19 14:5
**available** 63:6
**aware** 40:11 56:21,24 58:3

58:8,15
**axley** 2:7
**axley.com** 2:10

**b**

**b** 2:19 29:8
**bachelors** 6:14
52:3
**back** 6:18 8:14
10:21 12:7,15
13:1 15:13
22:20 24:23
25:10,17 27:3
39:14,15,15
42:13 43:7
44:2 45:11
47:23 49:8
55:3,14 61:2
**background**
6:5 21:1
**banaszak** 2:3
61:4
**base** 8:1
**based** 5:11
29:22 30:7,14
30:18,21,25
31:20 32:10
33:2,17 34:3
34:15,24 35:24
36:4,5 42:1
48:18 49:4
52:16 59:2
60:1,10
**basis** 48:15
54:16,17

**bay** 6:10
**bear** 24:1 59:7
**becoming** 19:8
19:15 27:4
**began** 40:5
45:19
**beginning** 8:15
19:22
**behalf** 2:6,10
24:16 55:2,3
55:14,24
**belief** 54:16,17
**believe** 10:15
17:22,25 21:17
23:6 25:13
29:14 34:21
41:22,23 42:10
42:11 44:14
46:7 48:16
52:22
**benefit** 9:4
46:10,16
**benefits** 37:23
38:1,6,7,8,14
38:24 39:3
41:11,18,20
42:8,14 43:5
43:14,23 44:25
46:7
**best** 21:18
**bet** 5:7 30:20
**better** 9:24
30:4,10 39:21
40:3 56:17

**beyond** 25:6
39:23 50:21
**big** 13:12
**bit** 5:15 6:5
10:7 12:18
15:17 21:1
26:10 45:1
**blinds** 37:13
**board** 6:22 7:5
53:7
**boards** 7:7
**bolton** 2:8
**brand** 22:1
**breadth** 7:14
**break** 37:13
60:14
**bremmer** 29:7
**bringing** 21:9
**brynelson** 2:7
**building** 10:20
25:23
**buxton** 11:21
12:10

**c**

**c** 2:1 7:2 12:2,2
62:1,1
**call** 28:11 30:9
60:17
**called** 3:2 28:14
**calls** 4:23 5:20
**capella** 7:1
**capital** 25:23
25:25
**career** 6:9

**case** 1:6 4:21
5:18 17:21
44:4
**categorical**
10:15 51:12
**central** 29:18
**certain** 32:12
32:25 38:5,6
39:2,3 42:17
43:17 56:24,25
57:10,25
**certificate** 6:19
**certification**
6:22 7:5 22:9
50:6
**certifications**
22:1
**certified** 21:24
21:25 52:25
**certify** 62:6,9
62:13
**chance** 20:15
**change** 10:23
10:24 55:15
64:4,7,10,13,16
64:19
**changed** 14:20
25:13
**changes** 63:10
65:6
**changing** 12:18
**check** 61:2
**chicago** 2:4
**children** 8:3

**claim** 44:4,5
**claimant** 5:12
**claiming** 47:15
59:19,20
**clarify** 13:14
58:13
**class** 7:13
**classrooms**
14:8
**clear** 22:23
33:11 37:2,3
50:21
**clearly** 9:17
**client** 4:20 5:17
**close** 20:15,23
21:5 23:2
**colleagues** 40:8
**college** 6:9
**column** 22:3,3
**combination**
13:21
**combined**
46:24
**combining**
46:17
**come** 8:14
25:10 39:14,14
43:7 57:6,15
**commence**
18:18
**commenced**
10:9,20
**commencing**
62:11

**commensurate**
44:6
**commission** 1:4
2:2 62:24 63:4
64:1 65:1
**committee**
28:25 29:1,17
35:23 57:7,9
57:16
**communicate**
24:12
**communicating**
9:17 42:19
**community**
6:21
**commute** 40:15
40:18
**compared**
45:22 53:24
**compensation**
54:21
**compiling** 7:14
7:18
**complaint** 4:5,9
55:24
**complete** 7:8
23:10,19 34:20
54:6,8 57:20
65:8
**completed** 7:21
29:11 63:17
**components**
7:6,8
**compound** 33:7

**concerning**
32:6
**concerns** 42:20
**concluded**
60:23
**concluding**
62:12
**conclusion** 4:23
5:20
**conditions**
54:12,14
**configuration**
14:20
**confirm** 49:18
**congratulations**
46:5
**consider** 5:16
25:5 55:18
**consideration**
23:23
**consistent**
17:12 22:10
**consult** 60:14
**contact** 55:10
**contained** 14:8
**continue** 46:15
**continued** 17:7
36:3 46:20
**contract** 32:5
**conversation**
5:3 6:4 23:1,7
29:4
**conversations**
5:8

**convincing**
30:9
**copied** 21:6
**copies** 63:14
**copy** 61:7
**correct** 9:21
13:5 24:21
26:6 31:12,14
33:18 42:15
43:5 44:8,11
45:9 46:2 47:5
48:7,8,10,18
49:4 50:10,22
50:23 51:18
53:3 55:11,19
55:20,25 57:11
65:8
**corrections**
65:6
**correctly** 33:10
**cost** 33:20 34:1
**counsel** 4:7
24:21 49:19,23
60:14 62:14,15
63:14
**count** 39:11,14
**counted** 39:8
**counterpart**
54:22
**counterparts**
59:2
**county** 62:3
**couple** 15:20,22
**course** 51:4

**court**  1:1 60:25
**covered**  31:24
  35:7
**credit**  38:19
  43:2
**credits**  17:18
  51:3
**cross**  10:15
  51:12
**crowe**  44:8,21
  45:3,8 46:24
  47:16,22,24
  48:9,17 49:3
  51:10,22 52:3
  52:9 53:2,12
  53:12,16,24
  54:11,14,23
  55:8 58:9 59:5
**crowe's**  45:21
  48:16 52:12
  55:4,15 56:5
**cs**  63:15
**cs5626961**  1:25
**curiosity**  25:22
**curious**  3:17
  38:16 39:6
**currently**  7:24
  7:25 8:18
  56:12
**cv**  1:6

**d**

**d**  2:13 28:6
**darn**  22:4
**date**  24:1,10,24
  24:25 64:24

  65:12
**dated**  2:21 25:3
**dates**  21:11
  55:22
**david**  20:18
**day**  3:18 62:20
  65:15
**days**  15:20,22
  63:17
**dear**  21:7
**dearborn**  2:3
**december**  1:13
  62:11,20 63:3
**decide**  43:12
**decision**  8:16
  31:11 43:24
**decisions**  31:8
**declare**  65:4
**deem**  40:15
**deemed**  65:6
**defendant**  1:8
  2:10 38:1
**defense**  7:25
  44:24 46:2
**define**  26:15
  38:1
**degree**  6:12,15
  6:20,25 17:19
  21:23 31:4
**delivered**  2:25
**delivery**  61:8
**demand**  4:4,6,7
  4:12 23:24
  49:9,10 55:1,3
  55:7,13 56:25

  57:11,16
**department**
  7:25 44:24
  46:2
**deponent**  63:13
  65:3
**deposing**  63:13
**deposition**  1:10
  4:1 5:9 9:12
  50:10 60:23
  62:6,9
**describe**  13:4
  14:16 17:8
  26:13 28:22
**description**
  2:20 52:20
  54:1,3,5
**deserve**  44:22
**desire**  32:22
**difference**  56:4
**different**  13:8
  14:2 32:18
  33:1 36:12
  51:17
**differential**
  55:4
**differentiating**
  52:21
**direct**  47:14
**direction**  62:8
**directly**  62:16
**director**  11:18
  12:8 45:6
**disabilities**
  6:13 50:14

**disability**  14:4
**discrimination**
  55:23
**discriminatory**
  53:8
**discussed**  9:9
**discussion**  7:22
  16:22 20:3,10
  20:22 21:19
  22:24 23:7
  24:5
**discussions**
  16:21 19:2,9
  19:24 20:7
**disparity**  53:8
**district**  1:1,2,7
  4:7 8:21,24
  9:19 10:8,21
  16:13 17:1
  19:4,10,11,25
  20:1,2 25:5
  26:3 27:17
  31:10 32:17
  33:16,21 34:2
  34:18,23 36:18
  37:5,7,24 38:4
  38:5,9 41:6
  42:6 44:6 49:3
  53:7 54:3
  56:20 57:24
  58:4 59:10,25
  60:9
**district's**  37:8
  42:7 52:20
  53:7 54:21

**districts** 40:11 40:17,21,25 44:14

**disturbed** 8:6

**division** 4:10 55:23

**documents** 3:24 4:17

**doing** 26:25 34:23

**dorris** 45:7

**dpi** 51:8

**drive** 40:13,14 40:17

**duly** 3:3

**durtschi** 12:21

**e**

**e** 2:1,1,13,19,23 2:23 3:10,10 12:2,2 29:8,8 62:1,1 64:3,3,3

**earlier** 37:18 50:9

**early** 51:12,20

**east** 2:8

**ebd** 13:19 14:2

**echoles** 11:20 11:22

**economic** 34:7 34:22

**ed** 11:15,18,21 12:12,17 13:17 14:10,13,18,24 16:6,6 57:14 57:14,18,19

58:11

**education** 7:10 7:19,22 10:11 10:16 15:25 22:15 34:13 37:6 40:22 41:5,7,9 44:7 50:6,9 51:5,12 52:2,8,21 53:7 53:25 54:1,4

**educational** 6:7 13:18,22

**educator** 22:2,7 22:8,13,14

**educators** 22:14

**eeoc** 4:5,21 5:18,24

**eeoc.gov** 2:5,5 63:2

**effect** 45:9

**effective** 41:14

**effort** 30:5 31:18,21 36:3 53:17,23 54:18

**eight** 13:11

**either** 5:24 20:19

**elected** 18:21 18:23,24

**election** 19:1

**electronic** 61:8

**elementary** 8:2 8:3

**eligible** 38:13 39:3 41:11,19 42:7 43:5

**eliminate** 59:6

**elizabeth** 2:3 24:20 49:19

**elizabeth.ban...** 2:5

**ell** 21:24

**email** 21:12 22:4 23:21 24:9,24 25:4

**emails** 20:14 21:5

**emmett** 12:20 12:22

**emotionally** 8:6

**emphasis** 6:20

**employed** 7:24 7:25 49:20

**employee** 19:4 19:9,11 20:9 20:20 23:11 59:25 60:9 62:14,15

**employees** 19:3 19:25 20:1 32:17,25 33:16 34:3,10 36:5 37:6,8

**employment** 1:3 2:2 10:9,21 16:11 44:13,23 45:12,23 54:24 63:4 64:1 65:1

**ends** 55:1,10

**engaged** 5:24

**english** 21:24 57:14

**enjoyed** 40:7,7 40:9

**entire** 10:25 11:1

**entirety** 5:3,8 10:13,17

**entitled** 41:18 44:15

**environment** 14:10

**equal** 1:3 2:2 4:10 53:16,17 53:22,23 54:17 54:18,23 55:23 63:4 64:1 65:1

**erd** 4:4,9

**errata** 63:11,13 63:17

**erratas** 63:15

**esckrich** 11:25

**esl** 22:9

**especially** 7:9 56:21

**esq** 63:1

**essence** 17:14

**essentially** 44:25

**europe** 46:10

**evaluated** 13:19

**exact** 46:8
**examination**
  2:16 3:5
**examined** 3:4
**example** 9:8
  14:17,18 38:2
  38:11,22,23
  58:14
**exceptional**
  6:23
**excited** 16:23
**excuse** 15:21
  24:25 54:10
**exhibit** 2:21,24
  24:6,9 25:10
  49:15
**existed** 29:2
**existing** 17:12
  17:24 32:17,25
  33:16,17 34:3
  34:10,17,24
  58:9,18
**expenses** 47:9
**experience** 6:8
  7:15 10:8
  15:23 17:14
  29:25 30:2,8
  30:15 31:2,4
  31:21 32:24
  33:2,15,18
  34:3,25 37:9
  39:8 40:23
  42:5,17,21
  43:10 52:4,9
  58:1,5 59:1,2

**expires** 62:24
**explain** 30:19
**explore** 5:15
  45:1
**extended** 16:16
**extent** 5:19

### f

**f** 62:1
**fact** 43:22 52:1
  58:25
**factor** 43:23
**facts** 53:11
**fails** 63:19
**fair** 13:17
  23:15 31:22
  40:2 43:16
  47:21 52:9
  54:23
**fairly** 27:11
  35:2
**fall** 9:8 27:14
  27:21
**familiar** 20:16
**familiarize**
  27:15,22
**fashion** 52:22
**felt** 44:21
**female** 58:16
**females** 58:3,8
  58:9,25
**fernandez** 4:8
  4:13 24:20
  49:19 51:8
  55:24

**figure** 32:21
  47:13 58:24
**filed** 4:9 55:24
**filled** 46:1
**filling** 45:19
**financial** 36:17
**financially**
  41:23 62:16
**fine** 27:3,13
**first** 3:3 10:9
  13:4 16:24
  22:15 24:12,15
  28:1,16 44:20
  50:16 51:14
  59:3
**flesh** 26:10
**focus** 32:14
**follow** 46:5
**following** 51:11
**follows** 3:4
  53:6
**foregoing** 65:5
**form** 4:11 7:17
  13:24 33:3,6
  49:5
**format** 7:15
**forward** 32:22
**found** 44:20
**foundation**
  4:22 16:2
  25:15 42:2,13
  44:16 48:20
  56:10 57:2
**four** 7:6,8 22:8

**frame** 24:2
**frequently**
  26:21
**front** 3:24 24:8
**full** 3:7 54:12
**fun** 3:20
**further** 6:3
  12:8 13:1
  60:19 62:9,13

### g

**gender** 23:8
**general** 14:10
**generally** 3:12
**george** 1:15
  62:4,23
**germany** 1:12
  3:14,15 8:1,4,7
  8:13 10:2
  13:10 16:10,25
  19:24 23:20
  28:10 37:16,25
  39:8,11,24
  40:5 43:2
  44:11 47:18
  56:18 58:22
  62:10
**getting** 9:16
  42:21 44:21
**give** 6:6 11:16
  11:19 13:12,18
  13:21 38:22
  49:9 58:14
**given** 65:9
**gives** 21:11

**go** 3:17,20 4:11
7:17 12:7,15
12:25 13:24
15:13 16:2
18:3 19:24
23:21 24:4,23
25:15 28:10
33:5,7 42:13
44:16,19 48:20
49:8 50:3,12
56:10 57:2
60:4,6,11 61:5
**goes** 22:20 47:1
53:11
**going** 4:24 6:17
9:23 11:8
12:25 13:8
17:17 21:6,22
22:6 23:19
24:1,2,24
25:10,11 26:9
27:6 32:22
37:1 38:18
41:3,23 42:6
42:20 43:9,11
45:11 48:13
49:8,14 50:25
51:5,25 53:5
55:21 56:2
60:17
**good** 3:20 9:16
12:3,7,25
16:19 22:4
28:8 31:16,16
54:9

**grade** 13:9
14:19,23,23,24
15:6,11 50:14
50:22 53:1,2
**graders** 15:9,9
**grades** 51:22
52:22 53:1
**graduated** 6:12
15:14
**graduation**
9:20
**granted** 8:22
**great** 23:25
**green** 6:10
**grievance** 28:2
**group** 57:24
**guess** 5:21
**guy** 59:10

### h

**h** 2:19 12:2
64:3
**half** 47:17
**hand** 62:18
**handbook** 28:3
28:3
**happen** 19:20
34:7
**happened**
44:23 55:21
**happy** 16:23
44:10
**hard** 8:12
**health** 57:14
58:11

**hear** 18:6
**hearing** 14:3
42:19 46:17
**help** 24:2
**helpful** 15:1
41:24
**henry** 2:2 4:11
4:22 5:5,10,19
7:17 11:6
13:24 16:2
18:3 25:15
33:3,6 44:16
48:20 49:5
56:10 57:2
60:2,4,11,21
61:2,7 63:1
**hereto** 65:7
**hereunto** 62:18
**high** 6:7 7:22
21:17 47:25
52:12,17
**higher** 58:1,5,9
58:17,25 59:1
**hired** 10:10
16:1,20,23
38:3,25 53:12
53:13,25 58:9
59:10
**hires** 32:22
33:14
**hiring** 15:18
59:13
**hold** 11:7 12:2
**home** 3:11

**hope** 42:3
**horrible** 9:23
**howlett** 59:11
59:16,21
**howlett's** 59:13
**hr** 19:10 48:6
**hum** 47:10
**human** 6:20
19:3 20:1
23:22
**hypotheticals**
43:11

### i

**ieps** 13:19
**illinois** 2:4
**immediate** 3:21
55:15
**immediately**
55:7
**impact** 34:8,22
36:17
**impaired** 14:3
**included** 7:8
47:2
**including** 34:15
**increase** 19:5
19:12,12 20:3
21:20 22:6
23:12,17,23
25:6
**increased**
17:23 19:16
**indefinitely**
8:13

**independent** 49:1

**independently** 59:3,4

**indicate** 58:6

**indicates** 22:5 53:6,15

**indirectly** 62:16

**individuals** 30:13 31:20 32:12

**influence** 29:4

**information** 45:5,13

**initial** 22:2

**instructing** 5:11

**instruction** 5:14

**intellectual** 14:4

**interest** 28:19

**interested** 62:16

**interrupt** 6:14

**interviewed** 15:19

**investigation** 41:4

**involved** 18:1 19:24 20:7 29:11 32:4 35:8,12,18,19 59:12,15,18

**involvement** 18:8 27:8 29:15 35:22

**involving** 20:18 21:19 23:2 48:6

**isaiah** 44:8,21 45:3,8 46:24 47:16,22,24 48:9,16,17 49:3 59:5

**ish** 12:6

**issue** 17:21 59:7

**issues** 44:20

**j**

**jason** 21:7,25 22:5 23:4 48:6

**job** 1:25 8:5 16:24 17:1 39:20,22,25 40:5 46:4 52:20 54:5 58:19

**jobs** 15:25

**john** 29:7

**judging** 41:3

**k**

**k** 6:13 12:2

**kaiserslautern** 1:12 8:1 62:10

**keep** 6:17 51:4

**keeping** 56:15

**kiddos** 13:23

**kids** 13:19,20 13:20

**kind** 7:14 11:17 12:19 13:18,21 14:16,20 16:5 19:10 22:23 23:11 27:3,21 27:23 28:1,18 37:22 38:18

**kindergarten** 54:2

**knew** 36:25

**know** 7:9 8:12 13:17 15:7 16:4,7 17:4,4 17:17 22:12 28:11,19 31:2 31:3,3,4 34:5,6 34:21,25 35:1 35:4,16 36:7 36:16,21,23 38:17,21 39:6 39:10,12,13 40:20,24,25 41:2 42:3,5 43:9,9,16,18,19 44:25 46:23 47:17 48:3,9 50:24 51:20,23 51:23,24 52:16 53:22,24 56:15 59:8

**knowledge** 7:15 34:1 49:1

59:24 60:8

**l**

**l** 1:15 28:6 62:4 62:23

**label** 13:22

**labels** 13:16 14:2 51:11

**lack** 30:9

**landed** 15:15

**landscape** 25:13

**lane** 17:16 22:21 31:3,5 32:18 33:1

**language** 21:24

**late** 45:4,22 47:21

**lawsuit** 6:1 48:12 59:7

**lawyer** 55:2

**ld** 13:20 14:2

**leadership** 18:10,15,18

**learn** 45:2,5 47:21 57:6,15 57:23

**learned** 45:6,21 57:10

**learning** 6:13 45:13 50:14

**leave** 8:20,22 23:19 37:16,19 39:23

**left** 13:10 44:11 56:18

**legal** 4:23 5:20
24:21 49:19,23
63:23
**letter** 2:21 4:4
4:6,12 23:24
24:10,13,25
25:3 49:9,10
49:17,18,24
50:1,2,5,12
51:7,15 52:11
53:5,6 55:1,10
55:13,18,23
**level** 39:9 58:1
58:5 59:1
**levels** 13:9
15:11 53:1
**license** 50:13
50:19,24 51:1
51:2,5,11
**licensed** 22:7,8
22:13,14,21
50:21
**licensure** 51:17
**lifetime** 50:13
50:24 51:1,2
51:10
**liked** 40:8,8
**line** 24:19 64:4
64:7,10,13,16
64:19
**literally** 43:18
43:19
**little** 5:15 6:5
10:5,7 12:18
15:17 21:1

42:2 45:1
**lived** 40:13
**living** 46:10,10
46:11,11,16,18
46:23 47:1,2,9
56:19
**liz** 4:3,8,13,17
5:3,9
**llp** 2:7
**llubinsky** 2:10
**located** 1:12
**location** 10:23
**long** 8:7 11:22
12:3,11,22
17:4 19:7
22:19 36:8
43:24
**look** 4:17 7:10
24:19 58:23
**looked** 4:3 31:1
39:19
**looking** 7:9
17:9 25:22
**looks** 3:11
**lori** 2:7
**lot** 13:17
**lubinsky** 2:7,16
2:25 3:6 4:14
4:24 5:1,7,13
5:23 7:20 11:7
11:9 14:7 16:9
18:4 24:4,7
25:17,18 33:4
33:9 37:12,15
44:18 48:22,25

49:7 56:13
57:5 60:5,13
60:19 61:1
**lump** 43:17
**lynn** 3:8

**m**

**m** 2:7 3:10 29:8
29:8
**madison** 2:9
**majority** 29:2
**making** 44:4
45:3,8 47:22
**male** 20:12
44:7 54:22
58:10,18 59:1
**management**
19:10 20:2
30:9
**march** 8:15
24:10 25:3
**mark** 24:8
49:14
**marked** 24:6
**masters** 6:20
6:25 17:15,19
21:23 22:3
31:4 52:2
**match** 55:8,15
**math** 9:23
21:17 43:1
57:14
**matters** 38:17
**mean** 5:21 7:7
11:5 14:1,13
34:17 40:12,14

40:21
**meaning** 10:23
54:11
**means** 22:12
50:25 51:2
**meant** 46:9
**meet** 4:16 21:7
21:10 26:16
29:17 42:16,20
**meeting** 21:22
**meetings** 26:14
26:22
**member** 18:9
18:13 26:4,8,9
26:13 32:4
**members** 18:24
**memory** 17:5
20:14 21:18
22:4,10 35:25
37:4
**mendy** 45:6,8
**mentor** 27:25
28:4
**mentored** 28:2
**mentoring**
27:25
**merit** 62:4
**met** 4:3 26:19
**middle** 10:22
13:4,7,8 52:13
52:18
**mifflin** 2:8
**military** 8:1
**milwaukee**
62:3,19

**mind**  42:24
  49:17
**minimum**
  39:15
**minute**  37:12
  60:14,16
**moment**  49:9
  56:2
**monetary**
  55:14
**monetize**  33:20
**money**  44:5
  47:4,8
**month**  26:19
**move**  17:12,13
  17:15,16 23:15
  27:5,13 37:3
  39:7 43:21
  51:25 54:9
**mute**  60:16

**n**

**n**  2:1,13 3:10
**name**  3:7,9
  12:1 20:9,11
  20:15 59:10
**named**  44:7
**names**  20:19
**national**  6:22
  7:4,7
**nature**  50:7
**necessary**  65:6
**need**  37:12 42:6
  43:2,10 47:8
**needed**  16:7

**needs**  6:23
**negotiation**
  25:14 28:20
  29:10 55:18
**negotiations**
  27:16 28:11,17
  28:23,25 29:3
  29:11,16,19
  30:4 31:19,25
  32:5,8 33:12
  34:14 35:8,20
  35:23 36:9,13
  48:5 57:7,9,16
  57:24
**never**  31:10
**new**  22:1 32:22
  33:13 36:5
  58:16
**nice**  33:11 37:1
**notary**  62:5,23
  65:13,19
**note**  63:10
**noted**  65:7
**notes**  10:5
  23:10 35:17
  45:21
**november**
  45:14,18,23
**number**  2:20
  38:5 39:2
  41:12 42:17
**numbers**  17:9

**o**

**o**  28:6,6
**oaks**  10:22,25
  11:2,24 12:4
  12:13 13:1,9
**oath**  3:3
**object**  4:11,22
  7:17 13:24
  33:3,6 49:5
**objecting**  5:10
**objection**  5:19
  11:6 16:2 18:3
  25:15 44:16
  48:20 56:10
  57:2 60:2,11
**obtain**  7:4
  44:14
**obtained**  17:18
**obvious**  41:4
**obviously**  46:4
  56:19
**occurred**  20:4
  20:10 21:19
**offered**  15:21
**office**  23:22
  29:18 62:19
**oh**  3:15
**ohi**  13:20 14:5
**okay**  3:20 4:15
  4:24 7:21 8:17
  8:20,23 9:17
  10:9,17 11:20
  12:15,25 13:1
  14:8 15:1,7,13
  16:10,15,17,25

  17:9,20 19:1
  19:19,23 20:12
  20:24 21:5,15
  23:7,15 25:10
  26:2,24 27:7
  27:13 28:4,8
  29:15 30:3,12
  34:7 35:4,7,16
  35:17 36:7,12
  37:2,11 38:16
  38:22 39:7,13
  39:19 40:2,10
  40:14 43:20,20
  44:2 45:1,11
  45:17,20 46:1
  46:13,17 47:7
  47:13,21 50:1
  51:6,9,25
  52:11 56:2,8
  56:17,18 59:5
  59:24
**old**  42:24
**olson**  23:4 48:6
**once**  17:15
  26:19 27:14,20
  47:21
**ones**  57:18
**opportunity**
  1:3 2:2 63:4
  64:1 65:1
**order**  61:4,5
**ordinarily**  25:7
**organized**
  14:17,19

**[original - prior]**                                                      Page 12

**original** 2:24
  2:24,25
**outline** 6:7
**outlined** 4:18
**overall** 30:1,2,8
  30:14
**overview** 13:12

**p**

**p** 2:1,1
**p.m.** 3:19
**page** 2:14,20
  53:6 64:4,7,10
  64:13,16,19
**paid** 44:5,6,7
  44:21,22,25
  59:21,22
**paragraph**
  24:15 50:5,12
  51:25 52:11
  53:15 54:10
**paris** 11:20,22
  11:24
**part** 17:17
  28:16,25 29:17
  35:23
**parties** 62:14
**passage** 26:17
  27:9
**passed** 25:2,20
  26:2,5 56:23
**passive** 27:11
  27:24 29:3
**patient** 10:5
**pause** 10:4 11:8
  37:14

**pay** 40:21,25
  41:6 47:8 53:8
  55:3,3,14
**people** 29:18,22
  30:7,23,25
  31:1,2,3 32:9
  36:4 57:25
**percentage**
  43:17
**perfect** 57:8
**perform** 53:16
  53:22
**performed**
  28:18 34:5
  54:17
**performs** 58:18
**period** 26:12
**person** 12:23
  25:4 29:2,5
**personal** 59:24
  60:8 62:8
**personally**
  19:14 41:10
  58:15
**physically** 3:12
**pick** 39:15
**picture** 13:12
**place** 29:22
  30:6 40:13
  41:10,17 58:1
  58:5
**placed** 22:2
  30:13,23,25
  31:6,12,20
  32:10,18,23

  33:1,14 34:15
  36:4 37:8 48:9
  48:16,17 49:3
  53:13 57:25
  58:4,17,25
  60:1,10
**placement** 21:8
  22:6 59:15
**placing** 34:23
**plaintiff** 1:5 2:6
**plan** 8:11,12
  41:13
**plans** 8:14
**played** 27:16
  28:23
**please** 3:7,9
  41:15 46:15
  48:21 55:10
**plus** 46:23
**point** 13:17
  15:12 23:25
  40:2 43:13
  55:22
**points** 50:4
**population**
  48:3
**portraying**
  21:12
**position** 8:8,13
  15:20,21 48:12
  58:12
**positions** 54:12
**positive** 42:10
**post** 6:6

**pot** 47:4,8
**pre** 6:13
**preadolescent**
  6:24
**preceding** 62:6
**prekindergart...**
  50:14
**prepare** 4:1,18
  5:4,9
**present** 3:21
  16:12 20:6,10
  20:21 23:4,11
  32:19 48:5
**president** 18:21
  19:2,8,15,20
  26:6,6,18 27:4
  27:10,14,20,20
  27:23 28:1,9
  28:18 35:9,19
**presidents**
  18:20
**pretty** 29:1
**previously** 15:8
  23:16 49:13
**principal** 11:15
  11:17,20,24
  12:3
**prior** 11:24
  12:15,17 16:25
  17:9,11 18:1,8
  18:11 19:1,8
  19:14 23:16
  25:3 27:4
  36:10

**privilege** 5:12
**probably** 26:19
  28:21 42:15
  43:10 45:4
**proceedings**
  3:1
**process** 15:18
  18:22
**protest** 25:25
**provided** 38:8
**provisionally**
  22:7,8,13,14,21
**psychologist**
  57:19 59:12,18
**public** 62:5,23
  65:19
**pupil** 12:9,23
**purchase** 61:4
**purpose** 38:19
**purposes** 12:11
**put** 30:16 36:5
  60:16
**putting** 24:8

**q**

**quantification**
  34:12 35:5
**quantified**
  34:22 36:17
  42:1 56:4,7
**quantify** 33:20
  33:23 34:1
**question** 8:12
  11:8 17:10
  19:6 23:25
  24:3,23,25

25:1 30:4 31:9
  32:20 39:21
  40:2 41:4 43:7
  46:6 48:13
  54:6 58:13
**questions** 6:3
  26:11 36:16
  53:14 55:10
  56:3 60:20,22
**quick** 6:14
  24:20

**r**

**r** 2:1,23 3:10
  12:2 29:8,8
  62:1 64:3,3
**raised** 55:7
**read** 21:6 28:3
  53:9 63:9 65:5
**reading** 24:16
  50:2
**real** 6:14 16:24
  24:19
**really** 16:22
**reason** 30:17
  30:24 63:11
  64:6,9,12,15,18
  64:21
**reasonable**
  40:15,18
**recall** 12:16
  17:3 19:20
  21:19 23:1
  29:19 30:3
  32:2 34:7,11
  35:6,7,25 36:3

45:5 57:18
**receipt** 63:18
**receive** 41:12
  43:14
**received** 6:22
**receiving** 7:6
**recess** 60:18
**reclassify** 33:16
**reclassifying**
  34:2
**recognition**
  22:9
**recognize**
  58:22
**recollection**
  20:20
**record** 24:4,5
  33:11 34:20
  37:2 49:13
  50:1
**recorded** 62:7
**recording** 7:9
**reduced** 62:7
**referenced** 52:5
  63:6
**referring** 4:6
  9:14 29:5
  30:22 57:13
**refresh** 20:20
**regard** 28:20
  57:21
**regarding**
  11:14 16:21
  19:4 24:17
  29:19 31:18

35:19 36:13
**regardless**
  39:13
**region** 45:6
**registered** 62:4
**regular** 61:8
**regularly** 26:14
  26:15 29:18
**relate** 5:2
**relates** 26:25
**relations** 6:21
**relationship**
  4:20 5:17,22
**relative** 27:16
  36:1 62:13,15
**relay** 5:8
**relevant** 38:17
**remain** 8:13
  38:5 41:19
**remained** 37:24
**remember**
  15:17,19 16:20
  17:17 19:13
  20:11 21:3,4
  21:22,23 23:14
  29:21 31:24
  32:8,9 36:1
  57:20 58:23
**remotely** 2:6,10
**repeat** 5:5 19:6
  27:18 32:20
  36:25 41:15
  48:19 60:3,7
**rephrase** 23:25
  48:22,23

**reported** 1:15 11:17

**reporter** 60:25 62:5

**represent** 21:9 47:24

**representative** 5:25 59:20

**representing** 49:23

**request** 19:5,14 20:3 21:20 23:12 25:5

**requested** 19:12

**required** 41:13 65:13

**requirements** 42:16 54:4

**requires** 53:17 53:23

**requiring** 54:18

**reserve** 61:8

**residence** 1:11 62:10

**resource** 19:3

**resources** 20:2 23:22

**respect** 34:9 35:24 59:12

**responsibility** 53:17,23 54:18

**responsible** 53:8

**result** 35:1 36:23 59:1

**retire** 39:2 41:24 43:12

**retirement** 38:6 38:8,24 39:3,9 41:11,18,20 42:8,14 43:5 43:14,21,22

**return** 37:21 38:12,13,17 63:13,17

**returning** 8:18

**review** 21:20 23:12,22 25:6 63:7

**rhyme** 30:17,24

**rich** 2:8 60:15 60:17

**right** 4:15 6:3 9:5,10,14 16:19 17:11 21:13 22:23 23:13 24:23 25:12,20 28:16 31:24 32:4 33:10 34:18 35:4 37:11 38:9,11 39:4 40:18,20 41:7 41:8 42:4,13 42:17,18,22 44:10,13 45:24 47:7,9 49:15 50:7 51:6,9

53:5,11 54:20 55:5,8,16 56:16

**rights** 4:10 55:23

**rmr** 1:15

**role** 18:18 26:8 27:4,11,15,24 28:23 31:10 57:7,9,15,23 58:10 59:19

**roles** 18:10,15

**s**

**s** 2:1,19,23,23 12:2,2 28:6 64:3

**salary** 16:21 17:11,13,23,24 19:5,11,12,15 19:17 20:3,22 21:8,21 22:6 23:13,18,23 24:17 25:6,7 27:1 29:16,21 30:7,13,23 31:1,6,12,20 32:10,18,23 33:1,14,17 34:24 36:2,5 37:8 43:17 44:11,14 45:21 46:12,18,23 47:3,7 48:6,10 48:16,17,17 49:3 54:21,22

55:4,7,15 56:5 56:5 57:25 58:4,17,24 59:16 60:1,10

**sandra** 11:21 12:10,11,15,17 12:19

**sandy** 11:25 12:3

**savanna** 10:22 10:25 11:1,2 11:24 12:4

**savannah** 12:13 13:1,9

**saw** 20:18

**says** 21:7 24:15 50:13 51:9,10 52:3 54:10,22

**scale** 36:5

**schedule** 17:13 21:8 22:19 26:21 29:21,22 30:7,13,24 31:1,7,12,20 32:10,19,23 33:2,14,17 34:24 37:8 48:10,18 49:3 57:25 58:4,17 58:24 59:16 60:1,10

**schedules** 17:24 19:17 25:8

**school** 1:7 4:7
6:7 7:22 8:2,21
8:23,24,25 9:7
9:13,13,19,21
9:25 10:8,22
11:3,4,11,13
13:3,5,7 15:22
16:12,15,16
17:1 19:4
21:17 25:5
26:3 29:12,12
29:14,16,20
30:14 31:18
32:6,14,17
33:12,15 34:8
34:18 35:5,10
35:14,24 36:14
36:19 37:5,7
38:9 39:17
40:16,20 41:6
42:7 47:25
49:2 52:12,13
52:17,18 56:6
57:18 58:4
59:11,18,25
60:9 64:1 65:1
**schooling** 7:13
**schools** 13:8
15:15 41:6
**screen** 24:13
49:11
**seal** 62:19
**seat** 27:3
**second** 8:9
12:13 20:15

50:4
**see** 9:23 23:17
24:15 25:11
49:10,20 50:4
50:16 51:14
52:4,13 53:9
53:18 54:24
**seeing** 24:13
**seek** 44:23
45:12,22
**seeking** 32:16
**self** 14:8
**send** 23:21,24
**sense** 31:6
43:13 57:8
**sensing** 42:3
**sent** 4:4,7,13
63:14
**sentence** 54:10
54:20
**separate** 22:21
47:4
**series** 26:10
**serves** 48:3
**service** 29:23
29:24,25 32:11
34:16 36:4,6
38:19 39:16
**services** 6:20
12:9,23
**servicing** 14:9
14:19
**set** 62:18
**seven** 13:11

**sex** 23:8 48:18
49:4 60:1,10
**share** 25:11
**sharing** 56:2
**sheet** 63:11
**shortage** 56:9
**shortages**
56:16
**show** 24:1
**showed** 49:13
**sign** 63:12
**signature** 24:19
61:9 62:22
**signed** 24:20
49:18 63:20
**significant** 56:8
**similar** 36:10
52:8 54:11,14
59:2
**simple** 31:9
41:16 43:1
**sit** 8:11 19:2,9
23:1 50:18
**situations** 58:8
58:15
**six** 13:11
**sixth** 14:19
**skill** 53:17,23
54:18
**slightly** 52:8
**social** 6:21 37:7
**solely** 34:12
**solutions** 63:23
**somebody**
31:11 38:25

**sorry** 5:5 6:16
7:18 9:3 19:22
20:11 27:18
31:15 32:20
33:4 45:16,16
45:16 46:15
47:12
**sort** 7:12
**sought** 44:2,13
**sound** 21:13
**sounds** 3:20
20:15 28:8,8
30:5 31:17
**source** 48:15
**south** 2:3
**speaks** 50:3
**special** 10:10
10:11,15 11:14
11:18,21 12:12
12:17 13:17
14:13,18,24
15:25 16:6,6
34:12 37:6
40:22 41:5,7
44:7 51:12
52:1,21 53:25
54:1,4 57:14
57:18
**specific** 11:14
32:16 41:21
50:13
**specifically**
42:9
**speed** 27:22

**spell** 3:9 12:1
**spring** 9:9
  28:21,24
**ss** 62:2
**st** 1:15 62:4,23
**stacy** 1:10 2:15
  3:2,8,11 5:16
  11:10 18:5
  21:9,13 22:12
  23:21 24:8,12
  24:16 25:4,12
  25:19 27:8
  33:7,11 36:7
  39:19 41:17
  46:15 47:14
  49:10,16 50:4
  56:3 57:6 60:6
  60:15,19,21
  63:5 64:2,24
  65:2,4,12
**staff** 48:6
**stand** 36:12
**standpoint**
  12:17
**start** 17:10
  33:24 48:23
  56:21 58:2
**started** 6:9
  15:22 16:6
  45:14,15
**starting** 16:21
**starts** 50:1
**state** 3:7 4:5
  56:9 57:1,16
  62:2,5,24

**statement**
  31:14
**states** 1:1
**stay** 10:25 39:1
  41:12 43:24
**stayed** 11:1
**step** 17:15 22:7
  22:8 32:18
  33:1
**stint** 16:10
**stipend** 46:11
  46:12,16,18,24
  47:1
**stodola** 28:5
**stop** 25:11 56:2
**street** 2:8
**strike** 8:10 26:3
  31:8 32:12
  39:20 40:10
  41:9 42:1
  47:22 58:1
**student** 14:4
  15:5
**students** 13:13
  14:2,3,3,4,5,9,9
  48:3
**subject** 56:25
**submit** 7:11
**subscribed**
  65:14
**successful** 30:8
  31:21
**sue** 28:5
**suggest** 49:1

**suggestion**
  30:10
**suite** 2:3,8
**sum** 43:17
**summarized**
  35:2
**summary** 31:22
**summer** 16:15
**sun** 14:6
**super** 16:22
**supervisor** 11:2
  11:13,15,21,22
  12:9,11,16,19
  12:20,22
**support** 49:2
**sure** 6:9 12:5
  20:19 26:8
  27:6 32:13,21
  34:20 38:2,16
  41:22 46:25
  47:19,20 58:14
  60:8
**surprised** 27:6
**surrounding**
  40:12 41:6
**sworn** 3:3
  65:14

**t**

**t** 2:19,23 3:10
  28:6 62:1,1
  64:3,3
**take** 7:10 37:12
  38:2,11 51:3
  60:13

**taken** 1:11
  60:18 62:10
**talk** 9:4,7,12
  10:7 12:8
  19:19 21:8
  27:19 49:8
  53:11
**talked** 21:25
  34:23 49:17
  50:9
**talking** 4:8 9:5
  14:22 29:21
  38:7,7 51:8
**talks** 52:1,11
  52:20 54:20
**tapping** 17:4
**taught** 10:24
**teach** 15:4
  16:15 50:21
  51:22 53:1
**teacher** 7:10
  8:4,5 9:19
  10:11,16 17:2
  21:15,17 22:2
  22:18 25:14,19
  44:7 50:13
  52:21 54:1
  56:8,16 58:10
  58:11,11,16,18
**teacher's** 51:10
  54:4
**teachers** 14:12
  14:13,18,22,23
  14:24,25 15:25
  16:6 18:1,13

18:19 22:21
25:24 26:16,25
27:1 32:5
34:13,13,15,17
34:18,24 37:6
40:22 41:5,7
52:2 53:25
56:24
**teaches** 53:2,2
**teaching** 8:3
10:1 16:11
39:25 40:5
57:10
**team** 14:12,16
28:12,17,23
30:6 57:24
**tech** 57:14,19
58:11
**technology**
49:9
**telephone** 25:4
**tell** 3:12 15:17
16:20 21:18
22:19 25:12
35:25 46:8
57:8
**telling** 32:14
**terms** 31:8
51:22
**testified** 3:4
**testify** 52:7
**testimony** 27:5
33:13 45:11
63:9,18 65:8

**thing** 39:13
**things** 28:3
47:9 50:6
57:13
**think** 6:18,23
12:5,6,13,23,24
15:5 16:5,7
17:21 20:6
21:24 26:19
29:9 34:21
42:9,19 50:24
59:8
**third** 12:13
**thought** 4:15
8:18
**thousands**
25:24
**three** 13:3,10
14:18 15:3
**time** 3:17 10:4
10:4,25 11:1
11:20 15:24
16:25 18:16
19:1,23 22:19
23:19 25:2
26:5,5,12
28:10,16 32:11
32:19 34:14
36:8 47:18
49:20,24 54:12
56:23 58:21
63:19
**timeframe**
14:22 16:5,8
17:4 63:8

**times** 20:6
**title** 8:5 10:13
10:15,17 58:19
**today** 3:11 4:18
5:4 8:11 23:1
50:18
**today's** 4:1
9:12
**told** 22:25
37:18
**top** 46:12 53:5
**topic** 6:4 19:11
23:15 37:4
**transcript** 2:24
2:25 3:1 61:6
63:6,20 65:5,8
**transcripts**
60:25
**transferred**
6:11
**translate** 51:21
**tremaine** 1:10
2:15 3:2,8 5:2
21:9 24:9,17
49:14 53:16
63:5 64:2,24
65:2,4,12
**trial** 27:7
**trigger** 20:14
**true** 43:11
52:17,23 65:8
**try** 17:20 22:16
26:9 30:20
36:3,7 41:16
43:20 56:17,21

**trying** 32:9,21
47:13
**twice** 26:23
**two** 6:11 8:22
13:3,9 14:22
14:23,23 15:3
15:6 22:7,15
37:18,24 38:18
39:7,11 42:15
46:21 47:16
58:22 60:13
**type** 21:15
**types** 13:13,22
**typical** 15:24
16:5,8
**typically** 14:21

**u**

**u** 2:23
**u.s.** 1:3 2:2
**um** 9:1 47:10
**understand**
5:14 7:21 9:14
9:18 11:16
13:22 15:1
22:16,18 32:13
38:4 39:19
44:10 55:2
**understanding**
9:16 15:24
26:24 27:23
30:12,16,21,22
30:23 33:10
37:22 38:12
50:25

**understood** 15:13
**union** 18:2,10 18:13,15,19,20 18:21,24 19:2 19:8,15,20 26:4,6,13,16,25 27:9,16,21,23 28:1,9 30:6,8 31:19 32:5,16 32:24 33:13,22 34:1,9 35:9,19 36:1,19 37:4 57:23 59:19
**union's** 28:19
**united** 1:1
**university** 6:10 7:1,1
**unsuccessful** 32:11
**use** 24:24
**uw** 6:11,12,18 9:20 15:14

**v**

**v** 63:4 64:1 65:1
**vague** 18:3 60:2,11
**value** 41:9,10 41:17,21
**vasd** 32:25
**verbally** 5:25
**verbatim** 24:16 50:2

**verify** 63:9
**veritext** 61:5 63:14,23
**veritext.com** 63:15
**verona** 1:7 8:19 8:20,24 9:19 10:8,10 11:10 15:15,18 16:12 16:17 17:7,12 18:2 19:4 25:5 26:2,16 27:9 29:25 32:17 33:15 34:18 35:13 37:5,7 38:8,20 39:1 39:15,23 40:1 40:6,8,12,14,17 40:21 41:1,6 41:12,19 42:7 43:8,24 46:21 47:7 48:1 49:2 58:3,16 59:25 60:9 63:4 64:1 65:1
**verona's** 22:18
**vicky** 1:15 24:9 62:4,23
**vicky's** 9:4
**video** 7:9
**view** 52:7
**violates** 54:23
**virtual** 1:10
**vogelweh** 8:2

**vs** 1:6

**w**

**walk** 49:16
**want** 5:2,14 6:5 10:7 11:7 13:16 15:13 19:19 22:23 27:6 32:13 33:10 34:20 49:8 50:3,12 54:7 59:5 60:14,16
**wanted** 22:3
**watson** 20:19
**way** 9:20 17:20 22:17 36:7 40:3 43:9,20 56:22 58:2
**weac** 4:8 24:21 49:20
**wealth** 7:14
**went** 6:10,18 10:1 17:18 23:17
**western** 1:2
**whereof** 62:18
**whitewater** 6:11,12,18 9:20 15:14
**william** 59:11
**wisconsin** 1:2 2:9 4:5,10 6:10 25:14,19,24 54:23 56:9,16 56:19 57:1,17

62:2,6,19,24
**withdraw** 11:8 48:13
**witness** 2:14 3:2 4:12 5:21 7:18 14:1 16:4 33:8 49:6,14 56:12 57:4 59:6 60:3,12 62:18 63:8,10 63:12,19
**witness's** 1:11 62:10
**wondering** 21:10
**word** 30:10
**words** 6:6 14:17 25:13 28:22 45:9 46:8
**work** 7:13 10:20 14:12 15:8 28:18 35:8,13 39:23 40:5,7 43:8,8 43:12 47:25 51:4 52:8 53:16,22 54:12 54:17,23
**worked** 8:7,24 9:18 10:14 11:10 12:10 13:13 15:11 49:20 56:19

[workers - yup]                                                    Page 19

| | |
|---|---|
| **workers**  37:7 | 31:18 32:6,15 |
| **working**  4:21 | 33:12 34:8,25 |
| 5:18 13:23 | 35:5,10,14,24 |
| 14:8 17:7 40:7 | 36:14,19 37:19 |
| 43:4 54:11,14 | 39:17 43:18 |
| **works**  47:24 | 47:17 56:6 |
| **world**  9:7,7 | **yearly**  17:22 |
| **worry**  55:22 | **years**  6:11 8:22 |
| **write**  24:16 | 9:7,25,25 10:9 |
| 46:7 | 10:14,18,24 |
| **writing**  5:24 | 12:6,6,24 13:2 |
| 62:7 | 13:3,10 14:21 |
| **written**  55:13 | 15:3,9,9,23 |
| **wrong**  42:15 | 22:15 26:25 |
| **wrs**  38:7 | 29:23,23,23,25 |

**x**

| | |
|---|---|
| **x**  2:13,19 | 29:25 30:2,7 |

**y**

| | |
|---|---|
| **yeah**  3:16 | 31:2,4 32:10 |
| 14:20 17:6 | 32:23 33:2,17 |
| 19:7 20:25 | 34:3,16 36:4,6 |
| 27:25 28:7 | 36:10 37:9,24 |
| 29:23 30:20 | 38:5,18,19 |
| 38:2 41:16 | 39:2,7,10,10,10 |
| 45:18,19 | 39:11,16 40:23 |
| **year**  8:9,23,25 | 41:13 42:5,11 |
| 9:13,13,21 | 42:17,21 43:3 |
| 11:3,4,10,11,13 | 43:4,10 46:19 |
| 11:23 12:10,14 | 46:21 47:16 |
| 12:18 16:16 | 52:3 58:22 |
| 17:7,7,14 | **yesterday**  4:3 |
| 26:23 28:1,2 | **yup**  13:15 |
| 29:1,4,12,13,14 | 45:25 |
| 29:16,20 30:14 | |

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.